ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
DEC 17 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s) Arco Management Corp.

4 Executive Blvd., Suite 100, Suffern, New York 10901

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Ronald S. Perlman

Firm Name: Buchanan Ingersoll P.C.

Post Office Box: 04-1782C

Street Address: 1776 K Street, NW, Suite 800

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: tel. (202) 452-7900 fax (202) 452-7989

E-mail address: perlmanrs@bipc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: H U D

**See attached Sheet for three digit code.**

Amount Claimed: $407,006.99 plus other amounts as alleged in the Complaint

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003