# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID

PAGE 1 OF PAGES 6

2. AMENDMENT/MODIFICATION NO. 17

3. EFFECTIVE DATE 06/13/01

4. REQUISITION/PURCHASE REQUEST NO. R-2001-3AH-00088

5. PROJECT NO. (If applicable)

RECEIVED
ATLANTA CONTRACTING
2001 JUN 15 P 2:18

6. ISSUED BY CODE

Atlanta Contracting Operations
U.S. Dept. of HUD
40 Marietta Street, NW, 15th Floor
Atlanta, GA 30303-2806

7. ADMINISTERED BY (If other than Item 6) CODE

Atlanta Contracting Operations
U.S. Dept. of HUD
40 Marietta Street, NW, 15th Floor
Atlanta, GA 30303-2806

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)

ARCO Management Corporation
2 Executive Boulevard, Suite 301
Suffern, NY 10901

(√)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED (SEE ITEM 13) 07/03/97

CODE

FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Mutual Agreement of the Parties |

IMPORTANT: Contractor ☐ is not ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

As discussed in detail on page 2 of this modification, the contract is hereby modified to include specifics regarding the contractor's management of defaulted, occupied New York City properties insured under HUD's 203(k) program.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey P. Goldstein President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Norma S. Cannon, Director, Atlanta Contracting Operations

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED 6/11/2001

16B. UNITED STATES OF AMERICA
BY Norma Cannon
(Signature of Contracting Officer)

16C. DATE SIGNED 6/15/01

Block 14, Description of Amendment/Modification, of the SF 30 for Modification 17 to include specifics in the contract regarding the contractor's management of defaulted, occupied New York City properties insured under HUD's 203(k) program reads as follows:

A. Section B of the contract is hereby modified to add to the narrative portion of paragraph 2.2. that the Contractor will be paid for management services on these properties from HUD's SAMS system.

B. Section B of the contract is hereby modified to add to subparagraph 5 to paragraph 2.2.B. as follows:

Monthly price to handle each New York City 203(k) unit*: $75.00

*also referred to throughout this modification as a property

(Arco will be reimbursed for relocation efforts and management of leased commercial space at the unit prices already set forth in the contract in Paragraphs 2.2.B.3. and 2.2.B.4.)

C. Section B of the contract is hereby modified to add to paragraph 3 following paragraph 2.4. that the Contractor will be paid for reimbursables on these properties from HUD's SAMS system.

D. Section C of the contract is hereby modified to include Paragraph 28, Occupied properties insured under FHA's 203(k) program, as reflected on pages 3 through 6 of this modification.

E. Paragraph 1.0 under HUDAR clause 2452.237-74 in Section G of the contract is hereby modified to reflect that, for purposes of monitoring work performed pursuant to Paragraph 28 of Section C, Peter Spina and Patrica Peiffer, are hereby added as GTMs for this contract.

28. Occupied properties insured under FHA's 203(k) program

There are 719 buildings in and around New York City that contain units that were sold with financing insured under FHA's 203(k) program. It is estimated that, in 600 of these buildings, several of these units, or properties as they are hereinafter referred to as, will be foreclosed upon and acquired by HUD. The occupied properties are considered multifamily, and will be assigned to and managed by Arco as one project under this contract. **Arco will manage these properties until they are vacated or sold, whichever comes first.** The management of the vacant properties and the sale of all properties will be handled by HUD's Management and Marketing contractor for the New York area. HUD's Management and Marketing contractor will be responsible for communication with, and payment to, taxing authorities for all properties, occupied or vacant.

HUD's priorities with regard to these occupied properties are to preserve the occupancy of the current tenants lawfully residing in these properties **and to address emergency health and safety issues.** HUD is committed to ensuring that no tenant who will execute and comply with a lease agreement with HUD for a habitable property is displaced. If this is not possible, HUD may pay the lesser of (1) the cost to evict the occupant or (2) an amount in consideration to the occupant for expenses to vacate the property voluntarily.

28.1. Assignment of Properties

HUD's Management and Marketing contractor will notify Arco via facsimile when an occupied property has been received into HUD's inventory. This contractor will also, within no more than five (5) calendar days after the effective date of the modification, furnish Arco with a consolidated list of the occupied properties that have been received as of that date. The Management and Marketing contractor will also furnish any available information as to the status of each tenant.

28.2. Specific Tasks

Arco will manage these properties in accordance with the **requirements of this contract as outlined previously herein and** as summarized below for convenience of all parties:

28.2.1. Notice to Tenants

As indicated by paragraph 8.1.1. above, Arco will notify residents in writing that HUD has assumed responsibility for the project, in a manner and form prescribed by the GTR/GTM as described herein. The time frame for making such notification will be within 24 hours of notification that properties have been assigned. Arco will have 5 days to make such notifications on all properties assigned in a group within five days of the effective date of the modification.

For these properties, written notification will be two-fold. One, a notice is to be posted at each property. Second, the notice must be sent to each tenant by both regular mail and certified mail. The notice will inform tenants of HUD's assumption of ownership and instruct the tenant(s) to contact Arco within 24 hours in order to schedule an interior inspection to determine habitability of the properties. The notice will also notify the tenants of procedures for contacting management and shall include, as required by paragraph 2.1. above, a 24-hour telephone number for use by tenants in reporting emergencies.

If a tenant fails to contact Arco within the time frame stated, Arco will follow up with the tenant as appropriate and will take action to gain access by other appropriate means if necessary.

28. Occupied properties insured under FHA's 203(k) program (continued)

28.2.2. Inspection of Properties, Common Areas, and Repairs and Maintenance

Within 48 hours of notification of assignment, Arco will perform a complete inspection of each property and common areas, to include, but not limited, inspection of the boiler, heating and air conditioning systems, and plumbing. Arco will have 15 days to conduct such inspections on all properties assigned in a group within five days of the effective date of the modification.

Arco will ensure that any condition identified, either during initial inspection or at any time thereafter, as a health or safety hazard is corrected within 24 hours of discovery as long as the anticipated cost of such repair is $2,500 or less. Verbal GTR/GTM approval, to be confirmed by subsequent e-mail, is required for all such repairs anticipated to exceed $2,500.

Within ten (10) days of inspection, Arco will provide the GTR/GTM with a Management Plan and Budget as required by paragraphs 10 and 11 above. Each Management Plan and Budget or, alternately, Tenant Assessment Report will, in addition to outlining the lease/rent history of the tenant, reflect the condition of the property, the common areas, and all mechanical systems. It will also list all repairs, both those that were done within 24 hours to correct safety and health hazards and any other repairs that its inspections indicate are necessary to make the property conform to local and governmental codes, as well as any property management specification required by code or zoning. Arco will, but only after GTR/GTM approval, immediately contract for such repairs.

Upon completion of the initial inspection, Arco will re-inspect each property every two weeks as required by paragraph 2.3 above.

Arco will maintain common areas and building exteriors free of debris and in accordance with NYC Department of Sanitation codes.

Arco's procurements for all repairs will comply with the requirements set forth in paragraph 6 above. Repair invoices will be submitted to HUD for payment, to the GTR/GTM, through use of an original SAMS form 1106, "invoice transmittal," signed by Arco. Arco will submit appropriate documentation, such as GTR/GTM approval and certification that the repairs were satisfactorily completed, along with the SAMS form 1106.

28.2.3. Notification and Payment of Bills to Other Entities

Within five (5) business days of assignment, Arco will ensure that landlord and management registration has occurred with the City of New York, including Multiple Dwelling Registration.

Within five (5) business days of assignment, Arco will, as required by paragraph 8.1.4. above, provide written notification to utility companies of HUD's interest in the property and its management obligations. It will also determine the status of all utility service, including specific utility meter identification, and define common areas, verify that utilities are operational and shall obtain billing status, and bring current all billings for common areas and landlord-provided utilities. All utilities must be monitored and maintained on an ongoing basis. Arco will report tenants who allow discontinuance of service due to non-payment to the GTR/GTM.

28. Occupied properties insured under FHA's 203(k) program (continued)

28.2.3. Notification and Payment of Bills to Other Entities (continued)

Within five (5) business days of assignment, Arco will also provide notification to any Homeowner Associations, cooperatives, or similar organizations of HUD's interest in the property and its management obligations. It shall obtain copies of documents detailing the operation of such entities, including but not limited to member agreements, bylaws, minutes of meetings, etc. Arco will confirm that all outstanding fees are paid as appropriate, and keep such accounts current on an ongoing basis.

Payment of utility bills, special assessments, Homeowner's Association bills, and condominium fees will be processed as follows: Arco shall prepare and submit to the GTR/GTM an original SAMS form 1106, invoice transmittal, signed by Arco for all invoices requiring payment. Arco will submit appropriate documentation, such as GTR/GTM approval and original invoices, along with the SAMS form 1106.

28.2.4. Leasing, Rent Collection, and Facilitation of Replacement Housing

As provided for by paragraph 15 above, Arco shall determine fair market rent based on local rent control and/or rent stabilization agreements. Additionally, Arco will execute lease agreements with tenants in all habitable properties. A sample lease will be provided by the GTR/GTM.

As provided for by paragraph 16 above, Arco shall collect applicable rent per property and forward to the HUD lockbox using SAMS Form 1100 on a monthly basis and submit a detailed rent roll by the 20th of each month to the GTR/GTM.

As provided for by paragraph 27 above, Arco will facilitate replacement housing assistance for tenants when the property is deemed uninhabitable or as directed by HUD. A property is considered uninhabitable if there are two (2) or more missing essential services. Replacement housing assistance should be considered if the property conditions warrant relocation of the tenant and eviction is not a viable alternative. Arco will obtain GTR/GTM approval prior to discussion of replacement housing assistance with a tenant.

28.2.5. Files and reports

28.2.5.1. Files

As required by paragraph 24 above, Arco will maintain an individual property file for each building in which properties are assigned to include, but not limited to the following: hard copies of all inspection reports, records of payments, correspondence, occupant information such as names of all occupants, lease agreement with previous owner or notation of lack of, and current rental arrangements, HOA records, work orders, tax records, performed repairs, habitability inspection reports, violation notices, utilities information (name of utility company and meter numbers), cumulative list of repairs, and any requested inspection by HUD.

28. Occupied properties insured under FHA's 203(k) program (continued)

28.2.5. Files and reports (continued)

28.2.5.2. Reports

Arco will submit a Management Plan or, alternately, Tenant Assessment Report for each property as discussed under paragraph 28.2.2.above.

Arco shall maintain, and update weekly, a report in a format acceptable to HUD, which identifies the case number, street address, city, acquisition date, name of occupants, home and work phone numbers of tenants, tenant status, date of habitability inspection(s), building description, list of corrective repairs, and status of utilities. Further, Arco will furnish HUD and HUD's Management and Marketing contractor for the New York area with a copy of this updated report each week. This report will take the place of the Monthly Report discussed in paragraph 12 above.

Arco will notify HUD of any damage due to fire, flood, earthquake, tornado, hurricane or other natural disaster immediately upon discovery.

28.3. Exceptions

It is noted here that, since tenants in these properties are located in buildings located throughout the whole of the city of New York, Arco is not expected to comply with the requirements of paragraph 22, Resident Initiatives, or paragraph 23, Project Office.