Attachment No. 5

# Controlled Plumbing Co., Inc.

## Unpaid Invoices

| | Invoice # | Description | Address | | Amount |
|---|---|---|---|---|---|
| 1 | P47136 | Cleared sewer stoppage w. sectional machine/ran cable and tested line | 276 Kosciusko | $ | 497.95 |
| 2 | P47218 | Repaired leaks in 2 bathroom sinks, kitchen faucet and sink and shower body | 432 Jefferson | $ | 1,608.95 |
| 3 | P47377 | Restored water pressure to bathroom | 317 Malcolm X | $ | 342.32 |
| 4 | P47379 | Repaired leak into Apt. 2R from Apt. 3R basin waste line. | 317 Malcolm X | $ | 1,021.07 |
| 5 | P47380 | Emergency call: repaired gas leak from stove hose connector, cleared flooded basement/sewer | 128 Suydam | $ | 1,028.38 |
| 6 | P47381 | Cleared sewer stoppage w. sectional machine/rodded traps, removed debris from line | 689 Halsey | $ | 654.91 |
| 7 | P47453 | Cleared sewer stoppage w. sectional machine/ran cable, removed grease from line | 205 West 134th | $ | 499.68 |
| 8 | P47468 | Cleared kitchen sink w. hand snake/ran cable, replaced waste pipe | 450 East 118th | $ | 579.79 |
| 9 | P47490 | Cleared stoppage in bathtub w. sectional machine/ran cable | 1572 St. Marks | $ | 263.42 |
| 10 | P47502 | Pumped out basement flooded from rain water | 9 Halsey | $ | 581.14 |
| 11 | P47511 | Cleared stoppage w. sectional sewer machine/ran cable w. cutting blade. | 794 Madison | $ | 420.92 |
| 12 | P47557 | Pumped out flooded basement, cleared stoppage w. cutting blade/ran cable | 9 Halsey | $ | 461.66 |
| 13 | P47558 | Installed gas line for stove/shut off valves, flex connectors, replaced piping, obtained permits | 317 Malcolm X | $ | 2,300.00 |
| 14 | P47571 | Pumped out water from basement, replaced piping/fittings and new ball valve | 1687 Dean | $ | 1,459.11 |
| 15 | P47597 | Ran gas line across basement through 3 apts and pressure tested | 317 Malcolm X | $ | 1,191.03 |
| 16 | P44529 | Emergency call: checked stove gas line/stove needs to be replaced | 276 Alexander | $ | 378.88 |
| 17 | P44924 | Installed new water heater | 274 Putnam | $ | 1,190.75 |
| 18 | P45478 | Verified problem w. missing flu pipe, found no gas meter, site mgr. to call Keyspan | 49 Troutman | $ | 219.21 |
| 19 | P45512 | Repaired leak, installed new piping and restored water | 941 Greene | $ | 483.88 |
| 20 | P45544 | Installed new shower body to repair leak traced to Apt. 3 | 318 Harman | $ | 909.30 |
| 21 | P45567 | Pressure tested gas line, determined new gas line must be installed | 864 Willoughby | $ | 684.68 |
| 22 | P45569 | Tested water, drain lines for leaks per customer complaint. | 703 Dekalb | $ | 438.41 |
| 23 | P45757 | Cleared stoppage in sink w. electric hand snake, rodded waste line which was full of grease | 440 East 98th | $ | 600.79 |
| 24 | P45934 | Replaced defective toilet, replaced hot water spindle, replaced faucet, installed flapper | 12 Convent | $ | 995.90 |
| 25 | P46156 | Repaired kitchen sink leak w. sectional machine/ran cable to break stoppage | 238 Suydam | $ | 481.71 |
| 26 | P46258 | Repaired hot/cold water lines in boiler room, installed piping/shut off valves | 194 Jefferson | $ | 1,437.84 |
| 27 | P46305 | Called to site to check leak in basement. No access. | 1203 Rogers | $ | 146.14 |
| 28 | P46333 | Cleared main sewer stoppage w. sectonal machine/ran cable | 421 East 135th | $ | 200.26 |
| 29 | P46334 | Called to site to check leak in basement. No access. | 323 Quincy | $ | 146.14 |
| 30 | P46680 | Pumped out basement flooded by main sewer stoppage, cleared stoppage w. sectional machine, ran ca | 978A Myrtle | $ | 637.59 |
| 31 | P46681 | Rebuilt showerbody, replaced handles, stems, sleeves, escutcheon | 701 Dekalb | $ | 237.61 |
| 32 | P46709 | Replaced defective toilet and shower body | 667 Macdonough | $ | 1,231.24 |
| 33 | P46718 | Emergency call: checked complaint of no heat/hot water | 1248 Willoughby | $ | 324.75 |
| 34 | P46719 | Bled radiators, filled system, restored heat | 1133 Bedford | $ | 541.25 |
| 35 | P46848 | Shut down boiler, disconnected radiator/capped pipe, restored boiler | 140 West 131st | $ | 666.77 |
| 36 | P46868 | Shut down water supply at main valve | 693 Macon | $ | 235.44 |
| 37 | P46885 | Replaced two defective radiator valves and proposed replacement of shower stall | 408 East 120th | $ | 586.99 |
| 38 | P46889 | Shut down boiler, removed defective check valve, capped line, restored heat | 102 Sunnyside | $ | 340.99 |
| 39 | P46907 | Called to site to install shower body, tenant refused work | 978A Myrtle | $ | 156.96 |
| 40 | P46937 | Drained radiators in 5 apts., checked for pitch, installed valves, restored heat | 706 Essex | $ | 1,401.03 |
| 41 | P46942 | Pumped out basement from house trap back up, capped hot water heater, cleared stoppage | 2781 Atlantic | $ | 606.20 |
| 42 | P46945 | Shut down boiler, bled air from radiators, restored heat | 434 Jefferson | $ | 422.18 |
| 43 | P47000 | Shut down boiler, replaced radiator & air valves in three rooms, restarted boiler | 423 Saratoga | $ | 975.83 |
| 44 | P47006 | Drained heating system, replaced piping, restored water, refilled system | 127 Bennett | $ | 696.00 |
| 45 | P47039 | Checked for gas leaks, capped gas to stove and advised mgt. that it needs to be replaced | 334 Quincy | $ | 352.84 |
| 46 | P47041 | Shut down water, replaced piping/fittings, restored water, tested boiler | 343 Marion | $ | 551.10 |
| 47 | P47224 | Tested fixtures, replaced shower stall and face basin, restored water | 408 East 120th | $ | 2,753.19 |
| 48 | P47239 | Cleared toilet w. auger, reset bowl, installed ballcock/flapper - replaced shower bodywashers/seats | 261A Bainbridge | $ | 561.60 |
| 49 | P47325 | Replaced was gasket/reset toilet, plastered at bowl base, installed ballcock/lever - estimated gas line re | 543 West 159th | $ | 532.70 |
| 50 | P47326 | Replaced shower body divertor spout | 83 Truxton | $ | 298.39 |
| 51 | P47338 | Unable to clear bathtub stoppage w. electric snake, removed trap in kitchen, ran cable, replaced nipple | 763 Hart | $ | 355.60 |

| | | | | | |
|---|---|---|---|---|---|
| 52 | P45477 | Adjusted shower body divertor, tested operation | 1098 Dean | $ | 292.28 |
| 53 | P45505 | Met Con Ed re: gas status. Arrears to be satisfied, service filing and piping affidavit needed | 468 East 138th | $ | 227.33 |
| 54 | P45524 | Emergency Call: opened ceiling, replaced bathtub trap to repair leak caused by back up | 530 Bainbridge | $ | 862.75 |
| 55 | P45534 | Removed/reset water closet, replaced lead bend, installed waste line in 1L, repaired water closet in 1R | 530 Bainbridge | $ | 1,923.88 |
| 56 | P45541 | Reconnected trap, snaked line/ran cable to clear stoppage | 245 Irving | $ | 219.21 |
| 57 | P45546 | Cleared bathtub stoppage w. hand snake/ran cable, removed debris, installed tubular waste | 276 Kosciusko | $ | 593.21 |
| 58 | P45570 | Replaced waste piping for kitchen sink, cleared toilet w. auger and reset | 245 Irving | $ | 281.99 |
| 59 | P45590 | Cleared toilet stoppage w. auger | 755 Marcy | $ | 146.14 |
| 60 | P45643 | Drained system, replaced coupling | 1056 East 227th | $ | 173.20 |
| 61 | P45644 | Replaced fluidmaster/hose on toilet | 359 West 123rd | $ | 394.57 |
| 62 | P45821 | Replace hot water line piping/filttings, restored water to hot water heater | 30-01 Seagrist | $ | 573.18 |
| 63 | P45957 | Cleared main sewer stoppage w. sectonal machine/ran cable | 468 East 138th | $ | 346.40 |
| 64 | P45963 | Cleared sewer stoppage w. sectional machine/ran cable, removed debris from house trap | 528 Bainbridge | $ | 784.81 |
| 65 | P46011 | Replaced shower body | 265 Wyckoff | $ | 784.81 |
| 66 | P46032 | Cleared bathtub stoppage w. hand snake/ran cable | 1424 Dekalb | $ | 219.21 |
| 67 | P46042 | Removed toilet to clear stoppage w. section machine/ran cable thru lines | 1424 Dekalb | $ | 346.40 |
| 68 | P46061 | Installed gas distribution system thruout building, replaced all piping, installed shut off valves, flex conne | 530 Bainbridge | $ | 2,381.50 |
| 69 | P46110 | Checked for gas leak, pressure tested stove (failed), gas line to be replaced | 755 Marcy | $ | 146.14 |
| 70 | P46140 | Cleared toilet stoppage w. auger. Removed toilet, removed debris from bowl, reset toilet | 245 Irving | $ | 465.48 |
| 71 | P46235 | Replaced piping on kitchen line | 1098 Dean | $ | 671.82 |
| 72 | P46238 | Checked waste line leak - piping to be replaced - unsafe working conditions | 205 West 134th | $ | 219.21 |
| 73 | P46239 | Installed kitchen/bathroom shut off valves, replaced toilet, shower body, kitchen sink, cabinet, waste line | 1098 Dean | $ | 2,207.59 |
| 74 | P46336 | Reconnected spill switch wire, fired up boiler, restored heat | 1424 Dekalb | $ | 146.14 |
| 75 | P46425 | Replaced sump pump, rodded sewer line w. section machine to clear stoppage | 468 East 138th | $ | 1,269.23 |
| 76 | P46458 | Filed for/obtained plumbing permit, upgreded gas service, tested | 1056 East 227th | $ | 2,706.25 |
| 77 | P46561 | Provided water connection, filled boiler, tested | 544 Van Buren | $ | 627.85 |
| 78 | P46562 | Checked drain line, house trap, ran sinks, flushed toilets | 544 Van Buren | $ | 156.96 |
| 79 | P46580 | Cleared stoppage w. electric hand cable, reassembled water line, tested | 265 Wyckoff | $ | 470.89 |
| 80 | P46587 | Installed gas service piping, provided connection to service/meter bas, tested, heat restored | 1056 East 227th | $ | 1,159.36 |
| 81 | P46588 | Filed for/obtained permits, performed inspections, had gas restored by Keyspan | 755 Marcy | $ | 811.88 |
| 82 | P46601 | | 229 W 113th | $ | 313.93 |
| 83 | P46619 | Cleared sewer stoppage w. sectional machine/ran cable thru line | 689 Halsey | $ | 822.70 |
| 84 | P46687 | Replaced hot water heater | 177A Beach | $ | 2,055.67 |
| 85 | P46714 | Repaired frozen pipe, restored water, installed piping/fittings | 30-01 Seagrist | $ | 868.44 |
| 86 | P46723 | Installed new boiler controller per revised code, provided electrician, DOB approval/certificate | 1056 East 227th | $ | 627.85 |
| 87 | P46880 | Shut down/drained boiler, replaced return line/fittings, restored boiler, replaced ball valve | 1205 Rogers | $ | 791.81 |
| 88 | P46890 | Checked frozen main 3 days. Water main to be replaced. | 274 Stagg | $ | 784.81 |
| 89 | P46895 | Cleared sewer stoppage w. sectional machine/ran cable thu line, tested | 445 Wyona | $ | 497.95 |
| 90 | P46897 | Emergency Call: Cleared sewer stoppage w. sectional machine/ran cable, tested | 794 Madison | $ | 1,001.31 |
| 91 | P46901 | Cleared toilet stoppage w. electric hand snake/ran cable thru line, tested | 359 West 123rd | $ | 235.44 |
| 92 | P46908 | Cleared kitchen sink stoppage w. hand snake/ran cable thru line, and thru stack line, tested | 495 Chauncey | $ | 890.36 |
| 93 | P46918 | Replaced piping/fittings, excavated dirt to expose leaking piping and replaced, restore water | 177A Beach | $ | 831.31 |
| 94 | P46923 | Cleared kitchen sink stoppage w. electric hand snake/ran cable, installed trap/nipple - Replaced bathroc | 495 Chauncey | $ | 908.27 |
| 95 | P46928 | Verified water restored to building, checked connections to system piping | 274 Stagg | $ | 235.44 |
| 96 | P46930 | Replaced piping to hot water heater/boiler. Installed backflow preventor, auto feeder, valve | 472 Van Siclen | $ | 1,776.49 |
| 97 | P46967 | Cleared main sewer line w. sectional machine/ran cable to trap in basement, removed grease | 442 Bristol | $ | 400.53 |
| 98 | P46969 | Checked for steam leak, cleared stoppage w. sectional machine in drain line | 442 Bristol | $ | 419.47 |
| 99 | P46981 | Replaced hot water tank, lit burner, restored water, repaired leak, replaced piping | 427 Van Siclen | $ | 1,573.20 |
| 100 | P46989 | Cleared stoppage w. section machine/ran cable thru line, tested | 1098 Dean | $ | 654.91 |
| 101 | P46993 | Pumped out basement, located leak, replaced valve, reconnected, restore water, tested | 1205 Rogers | $ | 828.06 |

| | | | | | |
|---|---|---|---|---|---|
| 102 | P47005 | Replaced hot water coil, repiped, installed nipple, restored boiler, installed kitchen sink tailpiece | 528 Bainbridge | $ | 2,687.41 |
| 103 | P47017 | Replaced hot water line/fittings, restored water - repaired auto feed line - replaced return line - replaced | 528 Bainbridge | $ | 2,370.63 |
| 104 | P47024 | Emergency Call: Adjusted intake air on boiler | 495 Chauncey | $ | 433.00 |
| 105 | P47042 | Cleared main drain stoppage, rodded line | 445 Wyona | $ | 340.99 |
| 106 | P47046 | Repaired leak from soil stack of toilet, installed cast iron piping, repaired floor, cemented bowl | 530 Bainbridge | $ | 2,036.03 |
| 107 | P47047 | Disconnected/drained/reconnected radiators, installed air valves, restored heat, installed ballcock | 530 Bainbridge | $ | 514.19 |
| 108 | P47317 | Cleared stoppage w. section machine/ran cable thru line, removed debris, tested | 689 Halsey | $ | 576.43 |
| 109 | P47330 | Exposed piping in closet, replaced, connected, tested | 276 Kosciusko | $ | 1,163.69 |
| 110 | P47349 | Unable to cleared toilet stoppage w. auger, used electric hand snake, ran cable, tested | 359 West 123rd | $ | 311.22 |
| 111 | P47424 | Pumped basement, ran section machine, removed debris, cleaned drain line, camera inspected | 689 Halsey | $ | 2,007.25 |
| 112 | P47570 | Customer complaint of no cold water. No access to site two days. | 794 Madison | $ | 551.27 |
| 113 | P45516 | Replaced flange, toilet, bathcock, hot water piping/fittings, restored water, tested | 9 Halsey | $ | 1,106.86 |
| 114 | P46237 | Replaced flapper, tested | 9 Halsey | $ | 319.34 |
| 115 | P44970 | Replaced basin waste, repaired sink waste, repaired shower body spout, replaced waste line, installed p | 60 Woods | $ | 2,966.34 |
| 116 | P46799 | Tested plumbing/heating, repaired radiator, restored heat | 317 Malcolm X | $ | 1,382.19 |
| 117 | P47075 | Plumbing repairs | 530 Bainbridge | $ | 634.13 |
| 118 | P47086 | Plumbing repairs | 194 Jefferson | $ | 1,005.60 |
| 119 | P47247 | Plumbing repairs | 530 Bainbridge | $ | 1,168.23 |
| 120 | P47240 | Plumbing repairs | 317 Malcolm X | $ | 1,357.89 |
| | | | **Total** | $ | 96,750.78 |

**Attachment No. 6**

## Certification of Claim

I hereby certify that the claim for $97324.60 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which Dri Mart Restoration believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287) and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of DriMart Restoration.

Joseph Gramando

Name: Joseph Gramando

Title: President

6/1/04
(Date)

**Attachment No. 7**

# Drimart

**Unpaid Invoices**

| | Invoice # | Description | Address | | Amount | |
|---|---|---|---|---|---|---|
| 1 | 46502 | Tenant refused work - labor charge for 2 men only | 159 East 117th | $ | 170.00 | |
| 2 | 46602 | Tenant refused work - labor charge for 2 men only | 159 East 117th | $ | 170.00 | |
| 3 | 90202 | Repair ceilings | 305 Bradford | $ | 1,981.00 | |
| 4 | 90302 | Replace front door and lock set | 265 Wyckoff | $ | 1,275.00 | |
| 5 | 90402 | Repair roof leak and loose siding in front of building | 274 Stage | $ | 2,375.00 | |
| 6 | 90702 | Repair bathroom sink, fix water lines to kitchen, replace kitchen cabinets | 159 East 117th | $ | 2,460.00 | |
| 7 | 90802 | Paint entire apt., clean bathroom and wood floors, repair/replace vct tiles | 159 East 117th | $ | 2,043.00 | |
| 8 | 91002 | Repair hole in ceiling | 511 Thatford | $ | 1,562.00 | |
| 9 | 91102 | Fix tile in bathroom | 359 West 123rd | $ | 975.00 | |
| 10 | 91802 | Repair roof leaks | 159 East 117th | $ | 2,170.00 | |
| 11 | 92302 | Repair roof leak | 930 Pacific | $ | 2,286.00 | |
| 12 | 93002 | Check/replace stove | 763 Hart | $ | 575.00 | |
| 13 | 93202 | Repair toilet, light fixture and ceiling and paint in bathroom | 530 Bainbridge | $ | 818.00 | |
| 14 | 93302 | Supply and install 2 entrance doors and lock sets | 530 Bainbridge | $ | 1,443.50 | |
| 15 | 93402 | Remove/replace sheetrock and tile in tub, replace shower body | 530 Bainbridge | $ | 2,184.00 | |
| 16 | 93602 | Repair roof leaks | 149 Chauncey | $ | 1,124.00 | |
| 17 | 110102 | Remove graffiti, install/repair vandal resistant lighting, repair front door | 702 Essex | $ | 1,300.00 | |
| 18 | 110202 | Mark all doors & floors, check bulkhead light, remove debris from roof | 702 Essex | $ | 1,656.00 | |
| 19 | 110302 | Remove graffit, install/repair vandal resistant light, repair window glass, replace lock | 706 Essex | $ | 1,173.00 | |
| 20 | 110402 | Mark all doors & floors, remove items from bulkhead, remove debris from roof | 706 Essex | $ | 805.00 | |
| 21 | 110502 | Remove illegal electrical tap, remove encumberances from hall, secure roof door | 706 Essex | $ | 825.00 | |
| 22 | 110702 | Repair light fixture, secure vacant apt. door, secure hatchway | 125 West 129th | $ | 1,656.00 | |
| 23 | 110802 | Check front door light, mark doors & floors, remove items & debris, secure ladder & hatchway | 229 West 113th | $ | 2,465.00 | |
| 24 | 111102 | Remove diamond plate, repair front door light, remove graffiti, repair vestibule light | 3100 Fulton | $ | 1,997.00 | |
| 25 | 111302 | Remove graffiti, install/repair vandal resistant lighting, repair front door, install vestibule light | 2195 Bergen | $ | 1,551.00 | |
| 26 | 111702 | Clean debris from basement & yard | 205 West 134th | $ | 2,490.00 | |
| 27 | 111802 | Repair shower body leak, water damaged sheetrock in shower | 205 West 134th | $ | 1,552.00 | |
| 28 | 111902 | Plaster/paint, install light fixtures, install lockset | 205 West 134th | $ | 1,683.00 | |
| 29 | 112002 | Repair cabinets and front door, replace lockset | 205 West 134th | $ | 1,921.00 | |
| 30 | 112102 | Repair ceiling, install light fixture, replace toilet/vanity, paint bathroom | 205 West 134th | $ | 2,280.00 | |
| 31 | 112202 | Repair Ceiling in bathroom, install new light fixture | 205 West 134th | $ | 1,541.00 | |
| 32 | 475V2 | Abate exposed electrical wiring in room 1 | 323 Quincy | $ | 980.00 | |
| 33 | 476V2 | Repair plaster ceiling, paint and repair roof leak | 323 Quincy | $ | 1,350.00 | |
| 34 | 477V2 | Abate exposed electrical wiring in bathroom | 323 Quincy | $ | 460.00 | |
| 35 | 617V2 | Repair springs at window sash | 530 Bainbridge | $ | 585.00 | |
| 36 | 807V2 | Repair shower body and wall tiles | 318 Harman | $ | 2,460.00 | |
| 37 | 839V2 | Demo bathroom walls, install new shower body, sheetrock, and tiles | 1516 Jefferson | $ | 2,470.00 | |
| 38 | 849V2 | Repair ceilings, repair/replace front door, repair hallway floor | 197 Howard | $ | 1,967.00 | |
| 39 | 850V2 | Remove/repair/replace kitchen floor, remove/replace stove | 197 Howard | $ | 2,189.00 | |
| 40 | 850V2B | Install new kitchen cabinets | 197 Howard | $ | 1,640.00 | |
| 41 | 90902B | Remove/repair illegal wiring throughout apt., install light fixtures, cable | 159 East 117th | $ | 1,773.00 | |
| 42 | 926A2 | Repair holes in ceiling | 423 Saratoga | $ | 1,921.00 | |
| | | | **Total** | $ | 66,301.50 | |
| 43 | A43502 | Repair stair treads on stair case | 2847 W 20th | $ | 550.00 | ** |
| 44 | 4102 | Repair broken thermostat | 119 Halsey | $ | 420.00 | ** |
| 45 | 4702 | Replace Stove | 667 MacDonough | $ | 610.00 | ** |
| 46 | 41302 | Public hallway meter disconnected by Con Ed due to illegal tap illegal tap disconnected | 257 Tompkins | $ | 340.00 | ** |
| 47 | 41502 | Replace missing tiles from bathroom walls | 1239 Herkimer | $ | 1,740.00 | ** |
| 48 | 41602 | Work done by others 2 men 1 hour | 530 Bainbridge | $ | 170.00 | ** |
| 49 | 41702 | Plaster holes in second floor hallway | 693 Macon | $ | 901.60 | ** |
| 50 | 41802 | Repair kitchen cabinet plaster holes in kitchen walls | 1056 Fayette St | $ | 2,345.00 | ** |
| 51 | 93502 | Remove debris in basement | 34 Buffalo | $ | 2,125.00 | ** |
| 52 | 91702 | Scrape plaster and paint walls and ceilings throughout apt | 295 Irving | $ | 475.00 | ** |
| 53 | 90602 | Repair broken ceiling | 34 Buffalo | $ | 1,589.50 | ** |
| 54 | 41902 | Repair leak at bathroom fixture repair lock on side door | 155 Pennsylvania | $ | 170.00 | ** |
| 55 | 42402 | Repair broken window, repair light first floor common area, clean out garbage basement | 49 Troutman | $ | 2,165.00 | ** |
| 56 | 111202 | Uniformly mark apt doors install floor identification signs | 3100 Fulton | $ | 1,795.00 | ** |
| 57 | 111502 | Remove debris from courtyard and access doors and secure to code, remove debris 1st 2nd fl | 2195 Bergen | $ | 2,435.00 | ** |
| 58 | 43002 | Plaster kitchen and bathroom ceiling | 794 Madison | $ | 1,135.00 | ** |
| 59 | 110602 | Remove debris from basement including tires bike frames garbage and construction debris | 1205 Rogers | $ | 2,495.00 | ** |
| 60 | 43402 | Patch broken front steps with cement | 2851 W 20th | $ | 975.00 | ** |
| 61 | 43502 | Repair sink apt 1F fix broken window repair railing first floor hallway | 2847 W 20th | $ | 1,585.00 | ** |
| 62 | 925A2 | Repair exterior walls of building rear and around windows to protect from leaks | 423 Saratoga | $ | 2,238.00 | ** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | 478V2 | Abate exposed electrical wires in east wall of public hallway | 323 Quincy | $ | 480.00 | ** |
| 64 | 112502 | Plaster holes in hallway ceiling of apt on first floor | 1278 Putnam | $ | 351.00 | ** |
| 65 | 92602 | Repair holes in ceiling Apt 2 | 423 Saratoga | $ | 670.00 | ** |
| 66 | 92702 | Plaster and paint entire apt | 89 Halsey | $ | 1,035.00 | ** |
| 67 | 92802 | Repair and repalce floor tiles in living room repair front door lock | 89 Halsey | $ | 740.00 | ** |
| 68 | 92902 | Replace stove exterminate for rats and roaches | 89 Halsey | $ | 595.00 | ** |
| 69 | 74402 | Repair broken rail fron tof building | 323 Quincy | $ | 893.00 | ** |
| | | | **Total** | $ | 31,023.10 | |
| | | | **Grand Total** | $ | 97,324.60 | |

(**) Invoices that have not yet been seen by HUD

**Attachment No. ~~2~~ 8**

## Certification of Claim

I hereby certify that the claim for $9,428.09 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which Lockman, Inc. believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287 and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of Lockman, Inc.

[signature]

Name: Ken Schwartz

Title: President

5/28/04
(Date)

**Attachment No. 9**

# Lockman, Inc.

**Unpaid Invoices**

| | Invoice # | Description | Address | | Amount | |
|---|---|---|---|---|---|---|
| 1 | 26784 | Repaired door, installed lock/handle (partial pymt made) | 206 West 123rd | $ | 487.13 | * |
| 2 | 27115 | Installed key keeper (partial pymt made) | 97 Central | $ | 162.38 | * |
| | | | Total | $ | 649.51 | |
| 4 | 25972 | Trip Charge | 116 W 130th | $ | 162.38 | ** |
| 5 | 25372 | Trip Charge | 1203 Rogers | $ | 162.38 | ** |
| 6 | 26474 | Trip Charge | 149 Chauncey | $ | 162.38 | ** |
| 7 | 27118 | Furnished and installed latch lock, key in knob lock | 163 Decatur | $ | 584.55 | ** |
| 8 | 27119 | Furnished and installed super strike, deadbolt, 3 key in knob locks and rim cylinder | 163 Decatur | $ | 741.51 | ** |
| 9 | 26756 | Installed two sjylight windows with plywood | 3 W 119th St | $ | 1,116.06 | ** |
| 10 | 27198 | Trip Charge | 338 E 116th St | $ | 162.38 | ** |
| 11 | 25646 | Trip Charge | 530 Bainbridge | $ | 162.38 | ** |
| 12 | 27116 | Furnished and installed 2 half surface hinges, key in knob lock, cover plate, 6 keys | 530 Bainbridge | $ | 589.42 | ** |
| 13 | 27120 | Trip Charge | 530 Bainbridge | $ | 162.38 | ** |
| 14 | 26757 | Furnished and installed new barrolbolt and pad lock | 701 DeKalb | $ | 400.53 | ** |
| 15 | 27113 | Furnished and installed mortise lock and 3 spring hinges | 778 Wortman | $ | 817.29 | ** |
| 16 | 25832 | Furnished and installed new door and fram | 794 Madison | $ | 1,190.75 | ** |
| 17 | 25868 | Completed installation of door and frame from invopice 25868 | 794 MAdison | $ | 2,039.43 | ** |
| 18 | 25370 | Trip Charge | 824 Dekalb | $ | 162.38 | ** |
| 19 | 25368 | Trip Charge | 862 Willoughby | $ | 162.38 | ** |
| | | | Total | $ | 8,778.58 | |
| | | | Grand Total | $ | 9,428.09 | |

(**) Invoices that have not yet been seen by HUD
(*)Partial payment by HUD without reasoning or explanation