**Attachment No. 10**

# M. Farbman & Sons, Inc.

**Unpaid Invoices**

| | Invoice # | Description | Address | | Amount | |
|---|---|---|---|---|---|---|
| 1 | 3347 | Installed 275 gallon fuel oil storage tank | 1572 St. Marks | $ | 3,150.00 | |
| 2 | 3354 | Repaired/replaced cold water line in basement outside boiler room | 1572 St. Marks | $ | 1,047.60 | |
| 3 | 3357 | Cleared chimney of debris/soot, reset flue with high temp. cement | 1248 Willoughby | $ | 500.00 | |
| 4 | 3384 | Cleaned chimney base of oil debris/soot, established positive draft | 528 Bainbridge | $ | 325.00 | |
| 5 | 3385 | Repaired leak in hot water line. Replaced sink waste. | 528 Bainbridge | $ | 753.00 | |
| 6 | 3409 | Replaced bathroom sink faucet | 338 East 116th | $ | 374.65 | |
| 7 | 3413 | Provided temporary water supply from adjacent building | 618 Pacific | $ | 518.52 | |
| 8 | 3415 | Replaced kitchen sink/cabinet unit, repaired shower body | 2285 2nd Ave | $ | 1,622.66 | |
| 9 | 3416 | Replaced bathroom sink faucet, repaired tub stoppage | 229 West 113th | $ | 544.79 | |
| 10 | 3420 | Repaired toilet tank, cleared stoppage in trap, repaired shower body | 703 Dekalb | $ | 743.75 | |
| 11 | 3426 | Replaced toilet bowl | 442 Bristol | $ | 497.00 | |
| 12 | 3437 | Repaired waste line leak | 317 Malcolm | $ | 338.34 | |
| 13 | 3438 | Checked complaint of no heat/hot water. Boiler not firing. Disassembled fuel line and cleare | 1572 St. Marks | $ | 492.00 | |
| 14 | 3448 | Repaired sink stoppage. | 238 Suydam | $ | 522.00 | |
| 15 | 3449 | Repaired oil tank leak. | 159 East 117th | $ | 2,373.35 | |
| 16 | 3450 | Installed 11" brass plug in cold water line. | 763 Hart | $ | 261.71 | |
| 17 | 3451 | Replaced toilet tank/bowl. | 1424 Dekalb | $ | 559.93 | |
| 18 | 3452 | Repaired stoppage in sink and drain line. | 318 Harmon | $ | 492.00 | |
| 19 | 3469 | Repaired shower body | 703 Dekalb | $ | 495.53 | |
| | | | Total | $ | 15,611.83 | |
| 20 | 3369 | Unknown | | $ | 0.10 | ** |
| 21 | 3375 | Basin leak from slip L and toilet gut replacement found completed by others | 1572 St. Marks | $ | 244.00 | ** |
| 22 | 3386 | Call reporting stoppage bathroom basin, toilet gut replacement apt vacant no access | 701 Hancock | $ | 122.00 | ** |
| 23 | 3388 | Call reporting kitchen sink needs washers unable to gain access | | $ | 122.00 | ** |
| 24 | 3391 | Call to cap running sink in basement and kitchen waste line leak toilet broken ans basin and showerbody leaking 1st fl tenant told workers already done | 511 Thatford | $ | 246.00 | ** |
| 25 | 3392 | Call to replace deck faucet tenant said job done 2 weeks ago | 495 Chauncey | $ | 164.00 | ** |
| 26 | 3393 | Call for no hot water basin and tub found piping to water heater and gas supply removed and utility shut down | 442 Bristol | $ | 328.00 | ** |
| 27 | 3398 | Call reporting kitchen sink leaking bathroom basin needs to be secured no acceess | 440 E 98th | $ | 246.00 | ** |
| 28 | 3403 | | | $ | 246.00 | ** |
| 29 | 3404 | Call reporting basin and showerbody leak grnd fl, toilet not flushing 2nd fl workers reported sheetrock repairs needed but no problem w/ basin showerbody or toilet | 1661 Lexington | $ | 164.00 | ** |
| 30 | 3405 | Checked boiler found no power- wires all disconnected attempted to attach extension cord unit out of order 2 low water cut off | 9 Halsey st | $ | 328.00 | ** |
| 31 | 3423 | Boiler Replacement | 323 Quincy St | $ | 4,820.00 | ** |
| 32 | 3427 | Received call kitchen faucet broken, bathroom basin loose, faucet no good, tub and shower running unit 2. Kitchen faucet not working toilet and basin running 4th fl | 229 W 113th No Access | $ | 164.00 | ** |
| 33 | 3428 | Call reporting no water in bathroom work completed by another plumber | 794 Madison | $ | 246.00 | ** |
| 34 | 3429 | Received call for broken toilet no access | 543 W 159th | $ | 164.00 | ** |
| 35 | 3430 | Call reporting kitchen waste leaking toilet running cold water knob on basin stripped | 102 Sunnyside | $ | 164.00 | ** |
| 36 | 3433 | Call for no hot water loose basin clogged waste line loose faucet in kitchen work done by others | 702 Essex | $ | 328.00 | ** |
| 37 | 3434 | Call reporting toilet leak (1R), kitchen sink clogged, water running sink and tub(3R) Work done by others | 706 Essex | $ | 328.00 | ** |
| 38 | 3435 | Call reporting kitchen faucet runs toilet seat broken(4th fl), kitchen faucet no good, waste leaks (1st Fl) Work done by others | 964 Greene | $ | 328.00 | ** |
| 39 | 3441 | Call for various plumbing problems, sent plumbers twice no accessfirst time, made appointment for 8/14 upon return informed no work needed except 2r needed to reschedule | 706 Essex apts 1F, 2R, 2F, 3F | $ | 410.00 | ** |
| 40 | 3442 | Call for no hot water kitchen sink, bathroom basin leaks and clogged, showerbody bad, 7/16 told need to reschedule, 8/14 police closed apt due to illegal activity | 702 Essex | $ | 164.00 | ** |
| 41 | 3470 | Call for leak kitchen ceiling riser replacement needed need acess to 1st, 2nd 3rd floor will submit proposal | 706 Essex | $ | 328.00 | ** |
| 42 | 3471 | Call for sewage leak on right side of building went found work performed by others | 318 Harman | $ | 328.00 | ** |
| | | | Total | $ | 9,982.10 | |
| | | | Gran Total | $ | 25,593.93 | |

(**) Invoices that have not yet been seen by HUD

**Attachment No. 11**

## Certification of Claim

I hereby certify that the claim for $8698.00 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which MSC Restoration believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287 and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of MSC Restoration.

William Cullen

Name: William Cullen

Title: Supervisor

June 1 2004
(Date)

**Attachment No. 12**

# MSC Restoration

**Unpaid Invoices**

| | Invoice # | Description | Address | | Amount | |
|---|---|---|---|---|---|---|
| 1 | 7226 | Supplied/installed 4 ceiling fittings | 1051 Jefferson | $ | 180.00 | * |
| 2 | 7797 | Installed cover/switch plates, 3 light fixtures, re-set radiator, installed radiator, removed debr | 530 Bainbridge | $ | 975.00 | * |
| | | | Total | $ | 1,155.00 | |
| 3 | 012-03 | Installed new toilet, stove and fridge cleaned and sanitized apt | 528 Bainbridge | $ | 370.00 | ** |
| 4 | 011-03 | Installed light fixture cleaned and sanitized apt | 530 Bainbridge | $ | 75.00 | ** |
| 5 | 010-03 | Removed rug front bedroom, installed 1/4 luan installed luan, installed metal saddle | 860 Hart | $ | 980.00 | ** |
| 6 | 009-03 | Installed plywood 3 openings rear of basment | 528 Bainbridge | $ | 300.00 | ** |
| 7 | 008-03 | Replastered hole bedroom ceiling removed loose wiring cleaned and sanitized | 1239 Herkimer | $ | 150.00 | ** |
| 8 | 006-03 | Installed heater repaired windows plexi glass above door rehung light fixture | 495 chauncey | $ | 728.00 | ** |
| 9 | 079-03 | Removed debris in rear yard | 2718 Atlantic | $ | 700.00 | ** |
| 10 | 117-03 | Removed debris in rear yard and basement hall | 108 W 118th | $ | 2,000.00 | ** |
| 11 | 093-03 | Removed debris in rear yard and basement except washing machine | 434 Jefferson | $ | 2,240.00 | ** |
| | | | Total | $ | 7,543.00 | |
| | | | Grand Total | $ | 8,698.00 | |

(**) Invoices that have not yet been seen by HUD

(*)Partial payment by HUD without reasoning or explanation

**Attachment No. ~~2~~ 13**

## Certification of Claim

I hereby certify that the claim for $19,127.00 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which Robert A. Marting Building Corp./RAM Building Corp. believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287) and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of Robert A. Marting Building Corp./RAM Building Corp.

[signature]

Name: Robert A. Martin

Title: President

4-6-04
(Date)

Attachment No. 14

## Robert A. Martin Building Corp./RAM Building Corp.

Unpaid Invoices

| | Invoice # | Description | Address | | Amount |
|---|---|---|---|---|---|
| 1 | 1026R | Replaced sheetrock ceiling in bathroom, replaced bathroom air valve on riser | 318 Harman | $ | 563.00 |
| 2 | 2201 | Installed 2 window guards with one way screws | 528 Bainbridge | $ | 216.00 |
| 3 | 2202 | Plastered holes in ceilings, replaced radiator shut off valves, grouted/caulked tub, scraped plastered cei | 1098 Dean | $ | 697.00 |
| 4 | 2204 | Replaced ceiling sheetrock, taped, spackled - installed tiles - patched hole | 49 Troutman | $ | 2,380.00 |
| 5 | 2205 | Replaced light fixtures, ran surface mounted raceway weremold for power | 49 Troutman | $ | 1,713.00 |
| 6 | 2206 | Replaced kitchen cabinets, countertops, sink, faucet - patched hole - installed tile, caulked | 49 Troutman | $ | 2,341.00 |
| 7 | 2207 | Installed ceramic tiles, grouted, caulked - patched wall, hung sing, installed faucet/fittings | 49 Troutman | $ | 1,750.00 |
| 8 | 2209 | Traced leaks, chopped cement/brick around waste stack and water supply, installed pipes, repaired wal | 159 East 117th | $ | 2,472.00 |
| 9 | 2210 | Installed entrance door, trim and lockset | 159 East 117th | $ | 904.00 |
| 10 | 2211 | Installed entrance door/locksets/deadbolts, closet doors/locksets, 3 light fixtures/switch, cleaned/buffed | 159 East 117th | $ | 1,947.00 |
| 11 | 2212 | Unclogged, recaulked tub - reinstalled wall tiles-regrouted, cleaned walls, floors, fixtures | 159 East 117th | $ | 385.00 |
| 12 | 2212 | Installed closet ceiling - scraped/plastered/sanded/painted entire apartment | 159 East 117th | $ | 975.00 |
| 13 | 2212 | Replaced stove/refrigerator | 159 East 117th | $ | 793.00 |
| 14 | 2215 | Installed cabinets, doors, sink, faucet, tile - replaced waste lines | 159 East 117th | $ | 1,991.00 |
| | | | Total | $ | 19,127.00 |

**Attachment No. ~~2~~ 15**

## Certification of Claim

I hereby certify that the claim for $50,710.11 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which Total Boiler Care, Inc. believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287) and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of Total Boiler Care, Inc.

Name: PATRICK GOODWIN

Title: PRESIDENT

April 12, 2004
(Date)

Attachment No. 16

# Total Boiler Care, Inc.

Unpaid Invoices

| | Invoice # | Description | Address | | Amount |
|---|---|---|---|---|---|
| 1 | T98439 | Checked wiring, cleaned strainer, tested. Pumped oil out, vaccuumed, squeegeed tank, redelivered oil. | 159 East 117th | $ | 1,023.36 |
| 2 | T98440 | Emergency Call: checked boiler, repaired leaks, primed pump/lines, adusted pressure/temp., restarted | 450 East 118th | $ | 677.39 |
| 3 | T98495 | Removed, cleaned, reinstalled, ingnition/flame scanner on burner, fired, adjusted aire fuel ratio, tested, i | 255 Wyckoff | $ | 447.28 |
| 4 | T98520 | Removed, cleaned, reinstalled, ingnition/flame scanner on burner, fired, adjusted aire fuel ratio, tested. | 318 Harmon | $ | 233.11 |
| 5 | T98633 | Emergency Call: opened burner valves, filled water level, restarted, shut down, removed covers, clean | 647 Central | $ | 1,097.77 |
| 6 | T98634 | Checked burner, relit pilot, opened valves, started/tested. | 1239 Herkimer | $ | 317.30 |
| 7 | T98807 | Drained burner system, replaced hot water mixing valve, adjusted temperature | 703 Dekalb | $ | 1,888.47 |
| 8 | T95565 | Replaced water heater | 2781 Atlantic | $ | 3,301.63 |
| 9 | T78110 | Primed burner pump, found leak, adjusted, reset, clean draw assembly/diffuser/nozzle, reset electrode, | 530 Bainbridge | $ | 827.73 |
| 10 | T91174 | Called to check operation. No access. | 453 Jefferson | $ | 113.66 |
| 11 | T91177 | Cleaned, decarbonized boiler. Wire brushed, vaccuumed tubes, breechings, chambers, closed. | 1051 Jefferson | $ | 719.86 |
| 12 | T92483 | Cycled burners, tested for hot water distribution. Shower piping on 2nd floor leaking. | 978A Myrtle | $ | 227.33 |
| 13 | T92534 | Checked boiler. Advise mgmt. of flood. | 1203 Rogers | $ | 139.10 |
| 14 | T92947 | Unable to service boiler - basement flooded, no light. Returned, flushed auto water feeder/low water co | 978A Myrtle | $ | 607.28 |
| 15 | T93222 | Replaced thermocouple, fired/tested. | 359 West 123rd | $ | 766.44 |
| 16 | T93427 | Called to check boiler. No acess. | 334 Quincy | $ | 113.66 |
| 17 | T93428 | Basement full of waste/sewer leaks. Unable to perform maintenance until room is cleaned. | 427 Van Siclen | $ | 113.66 |
| 18 | T94315 | Emergency Call: replaced oil fill box/line. | 206 West 123rd | $ | 3,133.58 |
| 19 | T94320 | Repaired shorted wiring, fired/adjusted/tested burner. | 1205 Rogers | $ | 397.82 |
| 20 | T94543 | Replaced auto feeder/low water control and isolation valves. | 1205 Rogers | $ | 1,201.58 |
| 21 | T94546 | Primed pump/oil lines after delivery, started/tested. | 163 Decatur | $ | 493.62 |
| 22 | T94547 | Checked burner, too low on oil to operate. | 9 Halsey | $ | 284.16 |
| 23 | T94901 | Reset burner, cleaned electrodes, replaced nozzle, flushed line, installed valve, rewired, adjusted, repla | 346 Vernon | $ | 2,427.60 |
| 24 | T94912 | Called to check burner. Basement flooded with raw sewage. Unable to access. | 442 Bristol | $ | 221.37 |
| 25 | T94914 | Emergency call/holiday/heavy snow: Insufficient oil to run boiler. | 264 Wyckoff | $ | 995.90 |
| 26 | T94920 | Replaced boiler insulation after fire damage. | 276 McDougal | $ | 551.69 |
| 27 | T95568 | Opened valves, filled boiler, tested. | 343 Marion | $ | 390.91 |
| 28 | T95571 | Made temporary repairs to burner, returned and installed ignition transformer, fired/tested. | 323 Quincy | $ | 901.72 |
| 29 | T95704 | Emergencey Calls: Reset motor, replaced motor, repaired fan, replaced electrodes/oil pump strainer, ir | 755 Marcy | $ | 2,212.67 |
| 30 | T95720 | Checked tank, too low on oil to operate. | 703 Dekalb | $ | 230.03 |
| 31 | T95723 | Cleaned nozzles and assemblies on hot water heaters, cleaned oil line, fired/tested. | 2781 Atlantic | $ | 346.40 |
| 32 | T96073 | Checked tank, too low on oil to operate. Primed lines/pumps, adjusted temp./pressure, replaced copper | 495 Chauncey | $ | 2,137.40 |
| 33 | T96080 | Emergency Call: Basement flooded, unable to access boiler. Returned, burner submerged/missing pai | 445 Wyona | $ | 3,781.36 |
| 34 | T96091 | Called for no hot water. Plumbers already repaired. Checked operation. | 194 Jefferson | $ | 118.66 |
| 35 | T96793 | Replaced filter, adjusted temp., boiler leaking, adjusted. | 2781 Atlantic | $ | 408.12 |
| 36 | T96926 | Responded to no heat/hot water call. Gas turned off. Advised management. | 334 Quincy | $ | 303.77 |
| 37 | T97373 | Checked operation after delivery, cycled/tested. | 703 Dekalb | $ | 232.33 |
| 38 | T97375 | Called to check tank, too low to operate. | 9 Bennett | $ | 175.49 |
| 39 | T97814 | Delivered dryzall oil absorbant, assisted in oil spill cleanup in boiler room. | 703 Dekalb | $ | 136.97 |
| 40 | T97887 | Received call of boiler not operating. Unable to gain access. | 1572 St. Marks | $ | 170.89 |
| 41 | T98036 | Removed, cleaned, reinstalled, adjusted ignitiion/flame scanner. Replaced oil pump, coupling, strainer. | 703 Dekalb | $ | 2,193.35 |
| 42 | T98038 | Called to check burner. Basement flooded with water. Returned, cleaned/restored boiler. | 9 Halsey | $ | 1,005.37 |
| 43 | T98172 | Checked burner. Wiring shorted out. No fuse. Advised management. | 9 Halsey | $ | 290.14 |
| 44 | T98173 | Replaced low water cutoff/auto water feeder. Temporarilty fixed leaks. | 9 Halsey | $ | 2,585.93 |
| 45 | T98174 | Adjusted, disconnected thermostat, cycled burner, tested. | 9 Halsey | $ | 297.81 |
| 46 | T98269 | Checked boiler, leaking inside, tested burner componets, found defective, advised mgmt. | 702 Essex | $ | 233.11 |
| 47 | T98270 | Removed, cleaned, reinstalled, adjusted ignition/flame scanner, fired, adjusted, tested. | 317 Malcolm X | $ | 285.14 |
| 48 | T98351 | Checked and found blower motor defective. Advised management. | 276 Kosciusko | $ | 309.15 |
| 49 | T98354 | Cleaned pump, strainer, nozzle. Replaced filter, refilled, tested. | 159 East 117th | $ | 238.17 |
| 50 | T98355 | Started burners after demolition, tested operation. | 1248 Willoughby | $ | 290.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | T98808 | Called to check insufficient hot water. Basement flooded, gas turned off. | 434 Jefferson | $ | 254.84 | |
| 52 | T97990 | Tried to make boiler repairs access to basement locked with guard dog behind door. | 206 W 123rd | $ | 175.89 | |
| 53 | T98102 | Checked for excessive heat found thermostat defective unable to replace due to large dogs in basement made temp adjustment dogs must be removed before further service | 318 Harman | $ | 176.08 | |
| | | | Total | $ | 42,204.19 | |
| 54 | T93147 | Checked burner found defective pressure control and replaced cleaned fired and tested | 408 E 120th | $ | 523.23 | ** |
| 55 | T93740 | Checked hot water heater and boiler for operation bled air from system primed and started | 434 Jefferson | $ | 227.33 | ** |
| 56 | T93440 | Checked burner, found inoperative, cleaned and adjusted started and tested, returned found leak onto burner advised need of plumber | 495 Chauncey | $ | 838.94 | ** |
| 57 | T95566 | Travel to job system out of fuel advised management | 618 Pacific | $ | 246.81 | ** |
| 58 | T91604 | Checked burner operation found debris in blower motor fan. Removed and checked burner | 706 Esses | $ | 252.76 | ** |
| 59 | T91608 | Checked oil transfer pump found leak at compression fittings repaired same. Tested ok | 706 Esses | $ | 411.35 | ** |
| 60 | T96544 | Replaced burner installed new suction line, rplaced pressure control and gauge, started and tested | 755 Marcy | $ | 3,599.40 | ** |
| 61 | T95707 | Checked boiler op. found sooted and plugged made temp adj. Cleaned entire boiler filled and tested | 1205 Rogers | $ | 1,716.66 | ** |
| 62 | T95569 | Checked burner for proper operation found pilot out relit fired and checked operation | 1516 Jefferson | $ | 403.23 | ** |
| 63 | T86194 | Cleaned burner and ignition assembly, fired and adjusted air/fuel ratio. Tested burner operation | 2781 Atlantic | $ | 286.21 | ** |
| | | | Total | $ | 8,505.92 | |
| | | | Gran Total | $ | 50,710.11 | |

(**) Invoices that have not yet been seen by HUD