**Attachment No.~~2~~ 17**

## Certification of Claim

I hereby certify that the claim for $11,189.01 is based on the unpaid invoices shown on the attachment to this certification. I certify that this claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount which TUCS Services, Inc. believes that the Government is liable; that I understand and acknowledge that this certification is subject to the False Claims Act (18 U.S.C.A. Section 287 and False Statements Act (18 USC Section 1001); and that I am duly authorized to certify the claim on behalf of TUCS Services, Inc.

[signature]

Name: DAVID COLIN

Title: CEO

3/30/02
(Date)

**Attachment No. 18**

## TUCS Services, Inc.

**Unpaid Invoices**

| | Invoice # | Description | Address | Amount |
|---|---|---|---|---|
| 1 | 30892 | Apartment 2L: Install smoke detector, check window<br>Repair all walls in bedroom, sheet rock 480 sq. ft., tape/spackle, paint<br>Repair bathroom water leaks, shower body, tub leak, wall behind toilet<br>Repair bathroom walls and re-tile, regrout<br>Apartment 2R: Replace lamp in bathroom, smoke detector, door<br>Install privacy lock, door jamb<br>Repair wall/ceiling in kitchen, sheetrock/tape/spackle/paint<br>Repair and paint bedroom walls, roof<br>Replace bedroom glass, balaster in kitchen window<br>Apartment 1L: Replace 5 balasters, install 2 smoke detectors<br>Replace kitchen floor, install sub floor, re-tile vct<br>Repair kitchen wall, sheetrock/tape/spackle/paint including ceiling<br>Replace glass in vestibule | 1248 Willoughby | $ 9,709.57 |
| 2 | 31033 | Snake toilet, repair body shower valves, replace knobs<br>Kitchen sink: repair hot water line, replace tail piece section<br>Waterproof sheetrock wall in bathroom, plaster, retile, grout<br>Waterproof sheetrock wall in kitchen, tape/spackle/paint<br>Replace bathtub drain system | 203 West 139th | $ 1,479.44 |
| | | | Total | $ 11,189.01 |

ARCO
MANAGEMENT CORP.

April 7, 2004

*Via Facsimile*

Bob Lamirata
Petroleum Tank Cleaners, Inc.
236 Butler Street
Brooklyn, NY 11217

Dear Mr. Lamirata:

I am in receipt of your fax dated March 29, 2004 in reference to an outstanding bill for $583.86 for 159 East 117th Street, New York, New York. Please be advised that the U. S. Department of Housing and Urban Development is no longer reimbursing us for any expenses that were incurred for the 203(k) program that were not submitted to them.

In reviewing the issue with my attorney, we determined that the amount owed to you is so low that we will probably just pay it and add it to the claim we currently are placing against the government. Therefore, please acknowledge that you will accept $583.86 as payment in full for this bill. We do not pay service charges or finance fees.

Once you have signed this letter in agreement and returned it via facsimile, I will forward the check to you.

Thank you.

Very truly yours,

ARCO MANAGEMENT CORP.

Jeffrey P. Goldstein
President

cc: Jason Phillips

Petroleum Tank Cleaners

Signature 4/8/04
Date

2 Executive Blvd., Suite 301 ▲ Suffern, New York 10901 ▲ Telephone: 845.368.2400 ▲ Fax: 845.368.2499 ▲ 800.727.2690

Petroleum Tank Cleaners, Inc.

236 BUTLER STREET, BROOKLYN, N. Y. 11217
TELEPHONE: (718) 624-4842 • FAX: (718) 858-4268

March 30, 2004

Arco Management
2 Executive Boulevard
Suite 301
Supage, NY 10901

Attn: Jeffrey Goldstein
Re: Invoice # : 3343, FC 100 & FC 108

Dear Jeffrey,

After numerous attempts to collect payment for the above mentioned invoices have met with negative results, I have no other option but to use the court system, or to place a mechanics lien on the real properties involved.

Under (NYCCA 1803-A) you can consider this our demand letter. I will be filling necessary documents with the courts next week.

Sincerely,

Bob Lamirata
bl/eg

Petroleum Tank Cleaners Inc.

236 Butler Street
Brooklyn, NY 11217

# Invoice

| Date | Invoice # |
|---|---|
| 10/06/2003 | 3343 |

| Bill To | Job Location |
|---|---|
| Arco Management<br>2 Excutive Boulevard Suite 301<br>Supage, NY 10901 | 159 East 117th Street - NYC<br>2- 275 gallon |

| P.O. No. | Terms |
|---|---|
| | Due on receipt |

| Date of Service | Quantity | Job Description | Unit Cost | Total |
|---|---|---|---|---|
| 10/03/2003 | 1 | Pump out and clean 2-275 gallon fuel oil storage tank | 500.00 | 500.00 |
| | 75 | Disposal of 75 gallons of water | 0.50 | 37.50 |

: appreciate your prompt payment.

LATE FEE OF 1 1/2% PER MONTH WILL BE
ARGED ON ALL ACCOUNTS OVER 30 DAYS

| | |
|---|---|
| Subtotal | $537.50 |
| Sales Tax (8.625%) | $46.36 |
| Total | $583.86 |
| Payments/Credits | $0.00 |
| Balance Due | $583.86 |

| Phone # | Fax # |
|---|---|
| 718-624-4842 | 718-858-4268 |

## ARCO MANAGEMENT CORP-203K PROGRAM

CHECK NO. 59255

| NV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| .00603 | ARCO NY-203K | 374-309802/159 E 1 | 3343 | 153T-956 | 1927 | 583.86 |
| TO: PETROLEUM TANK CLEANERS INC | | | DATE: 4/ 8/04 | | | 583.86 |

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

## ARCO MANAGEMENT CORP-203K PROGRAM

CHECK NO. 59255

FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

DATE: 04/08/2004

*FIVE HUNDRED EIGHTY THREE*********************************** Dollars 86/00 CTS

$**********583.86

VOID AFTER 90 DAYS

PAY TO THE ORDER OF:

PETROLEUM TANK CLEANERS INC
236 BUTLER STREET
BROOKLYN, NY 11217

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈059255⑈ ⑆021905977⑆ 020⑈041935⑈

**USB UNION STATE BANK**
Do business with us, do better with us.

| | |
|---|---|
| Current Date: | June 01, 2004 |
| Account Number: | 20041935 |
| Capture Date: | May 03, 2004 |
| Item Number: | 250001410416 |
| Posted Date: | May 03, 2004 |
| Posted Item Number: | 4500550484 |
| Amount: | $1,000.00 |
| Record Type: | Debit |

ARCO MANAGEMENT CORP
HUD 203 K PROGRAM
SUFFERN/HOLD
ARCO
. -0000

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORP-203K PROGRAM** CHECK NO. 59257
FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

Docket # 25992/03W

DATE: 04/27/2004

*ONE THOUSAND ************************************************ Dollars 0/00 CTS

$*********1,000.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF:
NYC DEPARTMENT OF HEALTH
66 JOHN STREET
11TH FLOOR
NEW YORK, NY 10038

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈059257⑈ ⑆021905977⑆ 020⑉041193⑉5⑈ ⑈0000100000⑈

0212-0400-5
REJ
023384458

55-400 05/03/2004

3500837944

CHASE
For Deposit Only
Commissioner of Finance, City of New York
Dept. of Health and Mental Hygiene
Administrative Tribunal
Agency #816
Non Delinquent Accounts
001-800302

**ARCO MANAGEMENT CORP-203K PROGRAM** CHECK NO. 59257

| INV. DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 42004 | ARCO NY-203K | RE:374-323418/BAIN | 25992 | 115Q-956 | 1927 | 1000.00 |

give checks to Jeff

| | | | |
|---|---|---|---|
| TO: NYC DEPARTMENT OF HEALTH | 4/27/04 NO.59257 | | 1000.00 |

**SAVE THIS PART FOR YOUR RECORDS**