2031C

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 EAST 40TH STREET
NEW YORK, NEW YORK 10016
(212) 725-6100
—
FACSIMILE (212) 725-4799

Re: 374-323418

April 20, 2004

Arco Management Corp.
Attn: Jeffrey Goldstein
2 Executive Blvd. - Suite 301
Suffern, New York 10901

Re: Violation Docket Nos. 25992/03W and 24001/03W

Enclosed please find the decisions entered on the above-referenced violation docket numbers after hearings were conducted today. Each decision requires the payment of a penalty of $1,000.00. Payments may be made by check (reference the docket numbers on the checks) made payable to "N.Y.C. Dept. of Health and Mental Hygiene." Payments must be delivered to their offices at 66 John Street, 11th Floor, New York, New York

If you wish to appeal the decisions, the two $1,000.00 payments must be made and a notice of appeal filed by May 3, 2004.

If you do not wish to appeal the decisions, the two $1,000.00 payments must be made within thirty days.

Please call me if you have any questions or if you wish to appeal these decisions.

Very truly yours,

James J. Becker

/yj

Enclosure

# HEARING DECISION
(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT: VACATED ☐ CONT'D ☐ — HEARING EXAMINER — DATE: / /

CAMIS NUMBER: 0

PRIOR DOCKET NO.

Telephone ( )

Persons Appearing/Title: James Becker, Atty

Reinspection | Initial | AM/☒PM

HEARING DATE: MONTH 12 / DAY 5 / 20 03 YR / TIME 10:00AM

## NOTICE OF VIOLATION DOCKET # 24001-03WL

| CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | CONCLUSION | DEFAULT | PENALTY |
|---|---|---|---|---|---|---|
| | | Operating A Multiple Dwelling without Window guards with unapproved types or improperly installed guards in the following sites: | Named resp. was appointed by HVD to be | | $ | $ |
| 1/2 | NYCHC 131.15 | APT 3R: 1st Bedroom(1) and Bathroom(1) No window guard. Kitchen(1) and Livingroom(1) No stopping devices therefore the opening above the | the managing agent of this premises owned by HVD. | SUST | $ | $200 |
| | | lowest section i.e. the top horizontal bar and the bottom of window when raised measures seven (7) inches; space between window sill and highest | Motion to re-open resp. must be denied as no | | $ | $ |
| | | section of lowest horizontal bar measures eight (8) inches. Livingroom(1) no stopping devices therefore the opening above the lowest section of the top | [illegible] to do so exists at this Tribunal 1/5/03 | | $ | $ |
| | | horizontal bar and the bottom of window when raised measures seven (7) inches. 2nd Bedroom(1) No window guard. Air conditioning window unit improperly install | Arco was no longer the agent as of 10/03. | | $ | $ |
| | | in lieu of window guard, in that the accordion not permanently installed with one way screws. Note 2 boys 7 & 9 years old resides in apartment (THA L6) | Arco made numerous requests to HVD for | | $ | $ |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY. — TOTAL PENALTY $ 1,000

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

RECEIVED BY: 7003 1010 0004 6824 2813 | D.O.H.M.H. REP. SIGNATURE: [signature] | NAME (TYPED OR PRINTED): S. Elia

BUREAU | I.D.#: 1663 | SUPERVISOR'S SIGNATURE: [signature] | 73536

DECISION DATE: 4/20/04 | HEARING EXAMINER SIGNATURE: [signature] | PRINT: Jay Litwin 41

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: Arco Mgmt/Harry SEID | d/b/a: M.D.

Address No. and Street: 2 Executive Blvd | Borough: Suffern | State: NY | Zip: 10901 | COT'D

Page 1 of 4 Pages

T-18/3 (Rev. 7/01)

HEARING DECISION — RESPONDENT COPY

0/11/03 5:50 PM

# HEARING DECISION

(CHECK ONE) ☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ — HEARING EXAMINER — DATE: / /

HEARING DATE: 12 (MONTH) 5 (DAY) 2003 (YR) 10:00AM (TIME)

## NOTICE OF VIOLATION DOCKET # 24001 - 03W

CAMIS NUMBER:

PRIOR DOCKET NO.:

Telephone: ( )

Persons Appearing/Title: James Becker, Atty

| No. | Condition | Code Section | Description | Findings/Comments | Conclusion | Default | Penalty |
|---|---|---|---|---|---|---|---|
| 2 | H2 | NYCHC 131.15 | APT 2L: Kitchen(1) and Bathroom(1) No window guard. 2nd Bedroom(1) and 3rd Bedroom(1) no stopping devices therefore the | funds to correct these conditions but no funds | SVST | $ | $200 |
| | | | opening above the lowest section of the top horizontal bar and the bottom of window when raised measures sixteen (16) inches. Note: girl 5 years old | were forthcoming. Given all of the circumstances | | $ | $ |
| | | | and boy 10 years old resides in Apartment (Total 4) | violations must be sustained but the lowest penalty | | $ | $ |
| 3 | H2 | NYCHC 131.15 | APT 1L: Kitchen(1) 1st Bedroom(1), Bathroom (1), 2nd Bedroom(1) and 3rd Bedroom(2) no window guard. Note: boy 9 years old resides in Apartment | allowed under the Code is imposed since no useful | SVST | $ | $200 |
| | | | (total 6) | purpose would be served to impose higher penalties | | $ | $ |
| 4 | H2 | NYCHC 131.15 | APT 1R: Kitchen(1), 1st Bedroom(1), 2nd Bedroom(1), Bathroom(1) and Livingroom(2) No window guard. Note: 2 girls 2 years old and 2 mos old | under the circumstances | SVST | $ | $200 |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

RECEIVED BY: 2003 1010 0004 6824 2813 — D.O.H.M.H. REP. SIGNATURE: [signature] — NAME (TYPED OR PRINTED): S. Eli

BUREAU: 2 — I.D.#: 1863 — SUPERVISOR'S SIGNATURE: [signature] — 73537

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY. — TOTAL PENALTY: $ See Page 1

DECISION DATE: 4/20/04 — HEARING EXAMINER SIGNATURE: [signature] — PRINT: Jay Litwin 41

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: ARCO MGMT/Ahearn(?) — d/b/a: M.

Address No. and Street: 2 Executive Blvd

Borough: Suffern — State: NY — Zip: 10901 — COT'D:

Page 2 of 4 Pages

AT-18/3 (Rev. 7/01) HEARING DECISION — RESPONDENT COPY

0 / 11 / 03 | 5:30 AM/PM | Initial | Reinspection

# HEARING DECISION
(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ | HEARING EXAMINER | DATE: / /

HEARING DATE: 12 (MONTH) / 5 (DAY) / 20 03 (YR) 10:00 AM (TIME)

CAMIS NUMBER: [illegible]

PRIOR DOCKET NO.:

Telephone: ( )

Persons Appearing/Title: James Becker(?), Atty

## NOTICE OF VIOLATION DOCKET # 24001-03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | CONCLUSION | DEFAULT | PENALTY |
|---|---|---|---|---|---|---|---|
| 1 | | | [illegible] of Apartment (TOTAL 6) | | | $ | $ |
| 5 | 112 | N42142 131.5 | Apt 3C: 1st Bedroom (1), 2nd Bedroom (1) and Bathroom (1) no window guard. 4th Bedroom (1) no stopping devices therefore the opening above | | SUST | $ | $ 200 |
| 1 | | | the lowest section of the top horizontal bar and the bottom of window when raised measures Twelve (12) inches. Kitchen (1) no one way | | | $ | $ |
| 1 | | | screws to stopping devices therefore the opening above the lowest section of the top horizontal bar and the bottom of window when raised | | | $ | $ |
| 1 | | | measures Eleven (11) inches; space between window sill and highest section of lower horizontal bar measures Seven (7) inches. 4th Bed- | | | $ | $ |
| 1 | | | room (1) no window guard, Air conditioning window unit improperly installed in lieu of window guard, in that A/C Accordion not properly installed | | | $ | $ |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 90 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 2003 1010 0004 6824 2813 | [signature] | J. Eric(?) |

| BUREAU | I.D.# | SUPERVISOR'S SIGNATURE | |
|---|---|---|---|
| N | 1063 | [signature] | 73538 |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $ Sus(?) $ [illegible]

HEARING EXAMINER

DECISION DATE: 4/29/04

SIGNATURE: [signature]

PRINT: Jay Litwin 41

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: ARCO Mgmt/Harry Seid(?) | d/b/a: M.D.(?)

Address No. and Street: 2 Executive Blvd

Borough: Suffern | State: NY | Zip: 10901 | COT'D

Page 3 of 4 Pages

AT-18/3 (Rev. 7/01)

HEARING DECISION – RESPONDENT COPY

o/1/03 5:50 PM

# HEARING DECISION
(CHECK ONE)

[X] APPEARANCE [ ] DEFAULT [ ] BY MAIL

DEFAULT: VACATED [ ] CONT'D [ ]

HEARING EXAMINER | DATE: / /

CAMIS NUMBER

PRIOR DOCKET NO.

Telephone ( )

Persons Appearing/Title: Jedel Becker, Atty

HEARING DATE: 12 MONTH / 5 DAY / 20 03 YR — 10:00AM TIME

## NOTICE OF VIOLATION DOCKET # 24001 - 03W

| CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | CONCLUSION | DEFAULT | PENALTY |
|---|---|---|---|---|---|---|
| 0. | | With one way persons' Note: girl 18 mos old, grandson 6 years old and boy 10 years old resides in apartment (Total 6) | | | $ | $ |
| 0. | | | | | $ | $ |
| 0. | | | | | $ | $ |
| 0. | | | | | $ | $ |
| 0. | | | | | $ | $ |
| 0. | | ADDress of violation: 530 Bainbridge ST Bklyn Ny. 11203 | | | $ | $ |

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: ARCO Mgmt/Harrsen, LLC

d/b/a

Address No. and Street: 2 Executive Blvd

Borough: Suffern | State: Ny | Zip: 10901 | COT'D

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

RECEIVED BY: 2003 1010 0004 6824 2813

D.O.H.M.H. REP. SIGNATURE

NAME (TYPED OR PRINTED): S. E[illegible]

BUREAU: [illegible]

I.D.#: 1063

SUPERVISOR'S SIGNATURE

73539

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $ Sus Pended

DECISION DATE: 4/20/04

HEARING EXAMINER SIGNATURE

PRINT: Jay Litwin 41

Page 4 of 4 Pages

## HEARING DECISION — RESPONDENT COPY

AT-18/3 (Rev. 7/01)

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORP-203K PROGRAM** CHECK NO. 59254

FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUITE 301 SUFFERN NY 10901

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

Viol# 25750-03W

DATE: 04/08/2004

*NINE HUNDRED SIXTY ****************************************** Dollars 0/00 CTS

$**********960.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF:
NYC DEPARTMENT OF HEALTH
66 JOHN STREET
11TH FLOOR
NEW YORK, NY 10038

⑈059254⑈ ⑆021905977⑆ 020⑉04193⑉5⑈ ⑈0000096000⑈

⑆021905977⑆ ⑈0000096000⑈

04/12/2004 59254 $960.00

265 Wyckoff

NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE • ADMINISTRATIVE TRIBUNAL

| Permit No. | Complaint No. | Inspection Date | Time | Inspection Sequence |
|---|---|---|---|---|
| — | — | 9/16/03 | : ☐ AM ☐ PM | ☒ Initial ☐1 ☐2 ☐3 ☐4 Reinspection |

HEARING DATE: MONTH 12 / DAY 19 / 20 03 YR / TIME 10:00 AM

# NOTICE OF VIOLATION DOCKET # 25750 03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION |
|---|---|---|---|
| | | | OPERATING A MULTIPLE DWELLING WITHOUT WINDOW GUARDS WITH UNAPPROVED TYPE OR IMPROPERLY INSTALLED GUARDS IN THE FOLLOWING SITES. |
| 1 | 4/2 | 131.15 | APT 2R: 1 BEDROOM (1) UNAPPROVED TYPE SCREWS NO STOPPING DEVICE THEREFORE THE OPENING ABOVE THE LOWEST SECTION OF THE TOP |
| | | | HORIZONTAL BAR AND THE BOTTOM OF THE WINDOW WHEN RAISED IS 10 INCHES. KITCHEN (1) NO WINDOW GUARD AIR CONDITIONING WINDOW UNIT |
| | | | IMPROPERLY INSTALLED IN LIEU OF WINDOW GUARD IN THAT SUCH UNIT NOT PERMANENTLY INSTALLED WITH ONE WAY SCREWS AND STOPPING DEVICES. |
| | 4/A | | 3 YEARS RESIDES IN THE APT. (TOTAL = 2) |
| | | | Place of Violation 265 WYCKOFF AVE Bklyn NY. 11237 |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 7003 1010 0004 6824 3872 | [signature] | Oliver Thomas |
| BUREAU: K | I.D.# 618 | SUPERVISOR'S SIGNATURE: [signature] — 79027 |

HEARING DECISION — RESPONDENT COPY

# HEARING DECISION

(CHECK ONE) ☐ APPEARANCE ☒ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ — HEARING EXAMINER — DATE: / /

| FINDINGS/COMMENTS | CONCLUSION DEFAULT | PENALTY |
|---|---|---|
| | $ — | $ |
| | $ 960 | $ |
| | $ — | $ |
| 9 2 | $ 23 | $ |
| | $ — | $ |
| | $ — | $ |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY. TOTAL PENALTY $ 960 $

DECISION DATE: 2/25/04 — HEARING EXAMINER SIGNATURE: [signature] PRINT: Stephen Haken 35

PRIOR DOCKET NO.

Telephone (845) 368-240[illegible]

Persons Appearing/Title

IN THE MATTER OF FINDING OF VIOLATION AGAINST

| Respondent | d/b/a |
|---|---|
| ARCO MANAGEMENT | MULTIPLE DWELLING |

Address No. and Street: 1 EXECUTIVE BLVD SUFFERN

| Borough | State | Zip | COT'D |
|---|---|---|---|
| SUFFERN | NY | 10901 | |

Page 1 of 1 Pages

| | |
|---|---|
| Current Date: | June 01, 2004 |

**USB UNION STATE BANK**
Do business with us, do better with us.

| | |
|---|---|
| Account Number: | 20041935 |
| Capture Date: | May 03, 2004 |
| Item Number: | 250001410417 |
| Posted Date: | May 03, 2004 |
| Posted Item Number: | 4500550485 |
| Amount: | $1,000.00 |
| Record Type: | Debit |

ARCO MANAGEMENT CORP
HUD 203 K PROGRAM
SUFFERN/HOLD
ARCO
. -0000

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORP-203K PROGRAM** CHECK NO. 59256
FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

Docket # 24001/03W

DATE: 04/27/2004

*ONE THOUSAND ************************************************ Dollars 0/00 CTS

$*********1,000.00
VOID AFTER 90 DAYS

PAY TO THE ORDER OF:
NYC DEPARTMENT OF HEALTH
66 JOHN STREET
11TH FLOOR
NEW YORK, NY 10038

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈059256⑈ ⑆021905977⑆ 020⑉04193⑉5⑈ ⑈0000100000⑈

05032004
0212-0400-5
REJ
023884459

LS 004639 ... PK 00
0046396741 PRX648 PK 0 55-400 05/03/2004
3500837945

CHASE
For Deposit Only
Commissioner of Finance, City of New York
Dept. of Health and Mental Hygiene
Administrative Tribunal
Agency #816
Non Delinquent Accounts
001-800302