**ARCO [illegible]AGEMENT CORP-203K PROGRAM** CHECK NO. 59256

| NV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 042004 | ARCO NY-203K | RE:374-323418/BAIN | 24001 | 115Q-956 | 1927 | 1000.00 |

give check to Jeff.

| | | | |
|---|---|---|---|
| O: NYC DEPARTMENT OF HEALTH | 4/27/04 NO.59256 | | 1000.00 |

**SAVE THIS PART FOR YOUR RECORDS**

V# L360

2031K

3LPG 956

GL 6120

374-323418

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 EAST 40TH STREET
NEW YORK, NEW YORK 10016
(212) 725-6100

FACSIMILE (212) 725-4799

April 20, 2004

Arco Management Corp.
Attn: Jeffrey Goldstein
2 Executive Blvd. - Suite 301
Suffern, New York 10901

Re: Violation Docket Nos. 25992/03W and 24001/03W

Enclosed please find the decisions entered on the above-referenced violation docket numbers after hearings were conducted today. Each decision requires the payment of a penalty of $1,000.00. Payments may be made by check (reference the docket numbers on the checks) made payable to "N.Y.C. Dept. of Health and Mental Hygiene." Payments must be delivered to their offices at 66 John Street, 11th Floor, New York, New York

If you wish to appeal the decisions, the two $1,000.00 payments must be made and a notice of appeal filed by May 3, 2004.

If you do not wish to appeal the decisions, the two $1,000.00 payments must be made within thirty days.

Please call me if you have any questions or if you wish to appeal these decisions.

Very truly yours,

James J. Becker

/yj

Enclosure

| Permit No. | Complaint No. | Inspection Date | Time | Inspection Sequence |
|---|---|---|---|---|
| | | 9/18/03 | 1:30 ☐ AM ☒ PM | ☒ Initial ☐ 1 ☐ 2 ☐ 3 ☐ 4 Reinspection |

| MONTH | DAY | 20 YR | TIME | ← HEARING DATE |
|---|---|---|---|---|
| 12 | 19 | 03 | 1:00 PM | |

# NOTICE OF VIOLATION DOCKET # 25992-03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | CONCLUSION | DEFAULT $ | PENALTY $ |
|---|---|---|---|---|---|---|---|
| | | | Operating a multiple dwelling without window guards with unapproved type or improperly installed guards in the following sites: | | | | |
| | H2 | 131.15 | Apt. 1R: Storage room (1), bedroom (2) Kitchen (1), bathroom (1) No guard. 2 girls: 2 years. 9 months. Total: 5 | See Docket # 24001-03W for evidence of decision | SVST | | 200 |
| | H2 | 131.15 | Apt. 1L: Bathroom (1), Bedroom #2 (1) Living room (1) No guard. Living room (1) guard insecure. No screws on it. No stopping device. | | SVST | | 200 |
| | | | therefore the opening above the lowest section of the top horizontal rail and the bottom of window when raised measures eight and a half (8½) | | | | |
| | | | inches. 1 boy: 3 years Total: 4 | | | | |
| | H2 | 131.15 | Apt 2L: Bedroom #1 (1) No stopping device. Therefore the opening above the lowest section of the top horizontal rail and the bottom of window | | SVST | | 200 |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 7002 2030 0000 5235 5258 | C. Chiu | C Chiu |

| BUREAU | I.D.# | SUPERVISOR'S SIGNATURE | |
|---|---|---|---|
| K | 108 | [signature] | 75247 |

# HEARING DECISION

(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

| DEFAULT | HEARING EXAMINER | DATE: |
|---|---|---|
| VACATED ☐ CONT'D ☐ | | / / |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY $ 1,000

HEARING EXAMINER

| DECISION DATE: | SIGNATURE |
|---|---|
| 4/16/04 | Jay Litwin 41 |

1140441837

CAMIS NUMBER:

PRIOR DOCKET NO.:

Telephone: (845) 368-2400

Persons Appearing/Title: James Beckl... Atty

| Respondent | | d/b/a | |
|---|---|---|---|
| Arco Mgmt / Harry Seid | | | MP |
| **Address No. and Street** | | | |
| 2 Executive Blvd. Rm 301 | | | |
| **Borough** | **State** | **Zip** | **COT'D** |
| Suffern | NY | 10901 | P |

IN THE MATTER OF FINDING OF VIOLATION AGAINST

| Permit No. | Complaint No. | Inspection Date | Time | Inspection Sequence |
|---|---|---|---|---|
| | | 9/18/03 | 1:30 ☐ AM ☒ PM | ☒ Initial; Reinspection ☐ 1 ☐ 2 ☐ 3 ☐ 4 |

HEARING DATE: 12 (MONTH) / 19 (DAY) / 20 03 (YR) 1:00PM (TIME)

# NOTICE OF VIOLATION DOCKET # 25992-03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | DEFAULT $ | PENALTY $ |
|---|---|---|---|---|---|---|
| | | | when raised measures sixteen (16) inches. Bedroom (1) 1 stop at window track missing. Bedroom #2 (1). Bathroom (1). Bedroom #3 (1) | | | |
| | | | Kitchen (1) no guard. 1 girl: 6 years. 1 boy: 10 years. Total: 2 | | | |
| 2 | HS | 13/.15 | Apt. 3R: Kitchen (1) no one way screws. No stopping devices therefore the opening above the lowest section of the top | | | SVS 200 |
| | | | horizontal bar and the bottom of window when raised measures twelve (12) inches. Living room (1), bedroom #1 (1) no guard. Bedroom #2 (1) | | | |
| | | | No window guard. air conditioning window unit improperly installed guard in lieu of window guard in that AC unit not permanently | | | |
| | | | installed with one way screws. Bedroom #2 (1) No stopping devices. therefore. the opening above the lowest section of the top horizontal bar and | | | |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 70022030000152355258 | C Chiu | C. Chiu |

| BUREAU | I.D.# | SUPERVISOR'S SIGNATURE | |
|---|---|---|---|
| K | 108 | [signature] | 75248 |

# HEARING DECISION
(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ | HEARING EXAMINER | DATE: / /

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $ See Decision | HEARING EXAMINER

DECISION DATE: 1/1/04 | SIGNATURE: [signature] Jay [illegible]wir

CAMIS NUMBER:

PRIOR DOCKET NO.:

Telephone: (845) 368-2400

Persons Appearing/Title: James Becker, Atty

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: Alco MGMT / Harry Seid MD | d/b/a:

Address No. and Street: 2 Executive Blvd. Rm 301

Borough: Suffern | State: N.Y | Zip: 10901 | COT'D: P

| Permit No. | Complaint No. | Inspection Date | Time | Inspection Sequence |
|---|---|---|---|---|
| | | 9/8/03 | 1:30 ☒ PM | ☒ Initial ☐1 ☐2 ☐3 ☐4 Reinspection |

HEARING DATE: MONTH 10 / DAY 19 / YR 2003 / TIME 1:00 PM

# NOTICE OF VIOLATION DOCKET # 25992 - 03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION | FINDINGS/COMMENTS | CONCLUSION | DEFAULT | PENALTY |
|---|---|---|---|---|---|---|---|
| | | | the bottom of window when raised measures eighteen (18) inches. 1 girl: 2 years. 1 boy: 5 years. Total: 5 | | | $ | $ |
| | H= | 131.15 | Apt-32: Kitchen (1) Living room (1) 1 stop at window track missing. Bedroom #1 (1) bathroom (1) No guard. Bedroom #2 (1) No | | SVS | $ | $ 200 |
| | | | window guard. air conditioning window unit improperly installed in lieu of window guard in that AC unit not permanently installed with | | | $ | $ |
| | | | one way screws. Living room (1) 1 stop at window track missing. No stopping devices therefore the opening above the lowest section of the | | | $ | $ |
| | | | top horizontal bar and the bottom of window when raised measures seven and a half (7½) inches. Window guard improperly installed: the bottom | | | $ | $ |
| | | | of guard and window sill measures six and a half (6½) inches. 2 boys: 7, 9 years Total: 6 | | | $ | $ |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 700220300001 523555258 | C. Chiu | C. Chiu |
| **BUREAU** | **I.D.#** | **SUPERVISOR'S SIGNATURE** |
| K | 109 | [signature] 75249 |

## HEARING DECISION
(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT: VACATED ☐ CONT'D ☐ | HEARING EXAMINER | DATE: / /

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $ See $ List — HEARING EXAMINER

DECISION DATE: 4/20/04 — SIGNATURE [signature] Jay Litwin 41

CAMIS NUMBER:

PRIOR DOCKET NO.:

Telephone: (845) 368-2400

Persons Appearing/Title: Jemit Decker, Agent

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: Alco MGMT / Herzfeld — d/b/a: MD

Address No. and Street: 2 Executive Blvd, Rm 301

Borough: Suffern — State: N.Y. — Zip: 10901 — COT'D: P

| Permit No. | Complaint No. | Inspection Date | Time | Inspection Sequence |
|---|---|---|---|---|
| | | 9/18/03 | 1:30 ☐ AM ☒ PM | ☒ Initial ☐ 1 ☐ 2 ☐ 3 ☐ 4 Reinspection |

12 / 19 / 20 03 — 1:00PM
MONTH / DAY / YR — TIME ← HEARING DATE

# NOTICE OF VIOLATION DOCKET # 25992-03W

| NO. | CONDITION | CODE SECTION | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | TASO |
| | | | |
| | | | |
| | | | Address of violation: 530 Bainbridge Street Brooklyn, N.Y 11233 |
| | | | |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 70022030000152355258 | C Chy | C Chy |

| BUREAU | I.D.# | SUPERVISOR'S SIGNATURE | |
|---|---|---|---|
| 4 | 109 | [signature] | 75251 |

## HEARING DECISION
(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ — HEARING EXAMINER — DATE: / /

| FINDINGS/COMMENTS | CONCLUSION DEFAULT | PENALTY |
|---|---|---|
| | $ | $ |
| Philly! | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $

HEARING EXAMINER

DECISION DATE: 1/6/04 — SIGNATURE: [signature] Jay ... 1

CAMIS NUMBER: 40991837

PRIOR DOCKET NO.

Telephone: (845) 368-2400

Persons Appearing/Title: [handwritten name] Atty

IN THE MATTER OF FINDING OF VIOLATION AGAINST

| Respondent | d/b/a |
|---|---|
| Alco Mgmt / Harry Seid MD | |

Address No. and Street: 2 Executive Blvd. Rm 301

| Borough | State | Zip | COT'D |
|---|---|---|---|
| Suffern | N.Y | 10901 | P |

**USB UNION STATE BANK**
Do business with us, do better with us.

| | |
|---|---|
| Current Date: | June 01, 2004 |
| Account Number: | 20005513 |
| Capture Date: | May 03, 2004 |
| Item Number: | 250001410369 |
| Posted Date: | May 03, 2004 |
| Posted Item Number: | 4500550436 |
| Amount: | $950.00 |
| Record Type: | Debit |

ARCO MANAGEMENT CORP
HOLD/SUFFERN
ARCO
-0000

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORPORATION**
FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

CHECK NO. 56442

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

DATE: 04/27/2004

*NINE HUNDRED FIFTY ******************************************* Dollars 0/00 CTS

$**********950.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF:
AMSTERDAM & LEWINTER
9 EAST 40TH ST
NEW YORK, NY 10016

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

TWO SIGNATURES REQUIRED

⑈056442⑈ ⑆021905977⑆ 020⑈00551⑈3⑈ ⑈0000095000⑈

0212-0400-5
0233885349

LS 0046397165 1648 PK 0
0046396886 1648 PK 0 55-400 05/03/2004
04/30/04
3100283332

PAY TO THE ORDER OF
JPMORGAN CHASE BANK
NEW YORK, NY 10007-1831
▶ 021000021 ◀
FOR DEPOSIT ONLY
AMSTERDAM & LEWINTER
002013975

**ARCO MANAGEMENT CORPORATION**

CHECK NO. 56442

| INV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 041504 | ARCO MANAGEMENT N. | RE374-313471/245 1 | C-2595 | L360-95 | 6340 | 950.00 |
| | | | | 6120 | Done | |
| TO: AMSTERDAM & LEWINTER | | | 4/27/04 NO.56442 | | | 950.00 |

**SAVE THIS PART FOR YOUR RECORDS**