950
6120

OK to Pay

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 East 40th Street
New York, New York 10016
(212) 725-6100
----
FACSIMILE (212) 725-4799

CIARNAT02003

| |
|---|
| APRIL 15, 2006 — 2W4 |
| INVOICE #AMC-2595 |
| AMOUNT DUE: $920.00 |

Arco Management Corporation
Attn: Scott O. Langan
2 Executive Boulevard - Suite 301
Suffern, New York 10901

V# L360

374-313471

FOR PROFESSIONAL SERVICES RENDERED

## ARCO MANAGEMENT CORP.
## {ECB VIOLATION - 245 IRVING ST. - 374-313471}

**BILLING CODES**

01 - Preparation Rent Demand
02 - P,S&F of Dispossess
03 - Preparation of Warrant
04 - P,S,&F of Notice of Default
05 - P,S,&F of Notice of Entry
*06 - Court Appearance*
07 - P,S,F Of Motion To Restore
08 - Review Correspondence
09 - Correspondence
10 - Phone conversation with client
11 - Take Deposition of:
12 - P,S&F of Subpoena
13 - Disb. - Overnight Mail
14 - Preparation for Trial/Court
15 - Review of File/Documents
16 - Meeting With Client
17 - Preparation of Holdover
18 - P&S of Preliminary Notices
19 - Prep. of Notice of Term.
20 - P,S,F of Opp. Papers.
21 - Prep. Of Draft.
22 - Preparation of Affidavit
23 - Prep. Consent/To Change/Atty.
24 - Phone Conversation with Opposing Counsel
25 - Preparation Of Non-Mil. Afd.
26 - Disbursement: City Marshal
27 - Eviction Notice Requested
28 - Re-Service of Eviction Notice
29 - Disb. - Xerox/Printing
30 - Disb. Filing Fee
31 -Disb- Process Server Fee
32 -Preparation/Service of:
33 - Phone Conv./Conf With:
34 - Legal Research
35 - Preparation of Update

| DATE | BILLING CODE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|
| 4/7/04 | 06 | ECB VIOLATIONS DOCKET #0021363-03N. Case Dismissed. {Senior Associate's Time} | 4.6 | |
| | | **Senior Associate's Time at $200.00 Per Hour** | 4.6 | 920 |
| | | | | ===== |
| | | **AMOUNT DUE:** | $ | 920 |

**THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.**

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 EAST 40TH STREET
NEW YORK, NEW YORK 10016
(212) 725-6100

FACSIMILE (212) 725-4799

April 19, 2004

Arco Management Corp.
2 Executive Blvd. - Suite 301
Suffern, New York 10901
Attn: Jason Phillips

Re: **NYC Dept. of Health Mental Hygine v. 245 Irving Avenue**
**245 Irving Avenue - Apt. #3-R**
**Case #T03-02-26-244**

Dear Mr. Phillips:

Enclosed please find the Hearing Decision on the above-referenced matter entered in court on April 7, 2004.

Please make a note that this matter has been dismissed.

If you have any questions please call.

Very truly yours,

James J. Becker

/yj

Enclosure

2/3/04 4:30 ☐ AM ☑ PM

Inspection Sequence ☐ Initial ☑ 2 ☐ 3 ☐ 4 Reinspection

HEARING DATE: [redacted] APRIL (MONTH) / 7th (DAY) / 20 04 (YR) 1800 (TIME)

# NOTICE OF VIOLATION DOCKET # 002362-03N / 5/6 2736 3-03N

| CONDITION | CODE SECTION | DESCRIPTION |
|---|---|---|
| | 3-11 | THE Respondent is Held responsible under [redacted] Health code section 131.01 FOR 245 Irving |
| | | St. Brooklyn NY in that mold growth still present on wall & ceiling of bathroom affected under 20 sq ft of mold growth pres. Order dated 7/22/03. |
| | | |
| | | |
| | | |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH. NYC ADMIN. CODE – SECTION 10-154.

| RECEIVED BY | D.O.H.M.H. REP. SIGNATURE | NAME (TYPED OR PRINTED) |
|---|---|---|
| 7002 0510 0000 5863 7702 | [signature] | C. Tucker |

| BUREAU | I.D.# | SUPERVISOR'S SIGNATURE | |
|---|---|---|---|
| B | 489 | PS | 55881 |

# HEARING DECISION

(CHECK ONE)

☒ APPEARANCE ☐ DEFAULT ☐ BY MAIL

DEFAULT: VACATED ☐ CONT'D ☐ | HEARING EXAMINER | DATE: / /

| FINDINGS/COMMENTS | CONCLUSION | DEFAULT | PENALTY |
|---|---|---|---|
| Inspection date is incorrect | | $ | $ |
| testemony & other papers in | | $ | $ |
| file confirm inspection | | $ | $ |
| date is 2/3/04 dismissed not on | | $ | $ |
| the merits | | $ | $ |
| | | $ | $ |

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY $ 0

HEARING EXAMINER

DECISION DATE: 4/7/04 SIGNATURE: [signature] PRINT

CAMIS NUMBER: 40994671

PRIOR DOCKET NO.

Telephone ( )

Persons Appearing/Title: James Becker atty

Respondent: ARCO MGMT. CORP d/b/a 245 Irving Ave

Address No. and Street: 2 Executive Blvd Suite 301

Borough: Suffern State: NJ Zip: 10901 COT'D

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Current Date: June 01, 2004

**USB UNION STATE BANK**
Do business with us, do better with us.

| | |
|---|---|
| Account Number: | 20041935 |
| Capture Date: | May 03, 2004 |
| Item Number: | 250001410370 |
| Posted Date: | May 03, 2004 |
| Posted Item Number: | 4500550437 |
| Amount: | $750.00 |
| Record Type: | Debit |

ARCO MANAGEMENT CORP
HUD 203 K PROGRAM
SUFFERN/HOLD
ARCO
. -0000

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORP-203K PROGRAM**
FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

CHECK NO. 59258

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

DATE: 04/27/2004

*SEVEN HUNDRED FIFTY ****************************************** Dollars 0/00 CTS

$**********750.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF:
AMSTERDAM & LEWINTER
9 EAST 40TH ST
NEW YORK, NY 10016

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈059258⑈ ⑆021905977⑆ 020⑈04193⑈5⑈ ⑉0000075000⑉

2 05032004 2
0212-0400-5
2 008 2
0233885350

LS 0046397166 1648 PK 0
021000021 04/30/04
0046396037 P5561640 PK 0 55-400 05/03/2004
008 0621
3100283334

PAY TO THE ORDER OF
JPMORGAN CHASE BANK
NEW YORK, NY 10007-1831
▶ 021000021 ◀
FOR DEPOSIT ONLY
AMSTERDAM & LEWINTER
002013975

**ARCO MANAGEMENT CORP-203K PROGRAM** CHECK NO. 59258

| INV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 041504 | ARCO NY-203K | 374-323418/BAINBRI | C-2596 | L360-956 | 6340 | 750.00 |
| O: AMSTERDAM & LEWINTER | | | 4/27/04 NO.59258 | | | 750.00 |

**SAVE THIS PART FOR YOUR RECORDS**

Bldg 956
GL 6120
374 - 323418

L# L360

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 East 40th Street
New York, New York 10016
(212) 725-6100
----
FACSIMILE (212) 725-4799

OK
JR

**Arco Management Corporation**
**Attn: Scott O. Langan**
**2 Executive Boulevard - Suite 301**
**Suffern, New York 10901**

FOR PROFESSIONAL SERVICES RENDERED

**CIARNAT02003**

**APRIL 15, 2004**
**INVOICE #AMC-2596**
**$750.00**

**{ARCO MANAGEMENT CORP.}**

**BILLING CODES**

01 - Preparation Rent Demand
02 - P,S&F of Dispossess
03 - Preparation of Warrant
04 - P,S,&F of Notice of Default
05 - P,S,&F of Notice of Entry
*06 - Court Appearance*
07 - P,S,F Of Motion To Restore
08 - Review Correspondence
09 - Correspondence/Memorandum
10 - Phone conversation with client
11 - Take Deposition of:
12 - P,S&F of Subpoena
13 - Disb. - Overnight Mail
14 - Preparation for Trial/Court
15 - Review of File/Documents
16 - Meeting With Client
17 - Preparation of Holdover
18 - P&S of Preliminary Notices
19 - Prep. of Notice of Term.
20 - P,S,F of Opp. Papers.
21 - Prep. Of Draft.
22 - Preparation of Affidavit
23 - Prep. Consent/To Change/Atty.
24 - Phone Conversation with Opposing Counsel
25 - Preparation Of Non-Mil. Afd.
26 - Disbursement: City Marshal
27 - Eviction Notice Requested
28 - Re-Service of Eviction Notice
29 - Disb. - Xerox/Printing
30 - Disb - Messenger Svc.
31 - Disb. - Travel Exps.
32 - Disb: - Attorney Search
33 - Phone Conv./Conf With:
34 - Misc. - Supplies/Stationery
35 - Misc. - Outstanding Invoice

| DATE | BILLING CODE | REFERENCE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|---|
| 4/15/04 | 06 | REFERENCE: DEPARTMENT OF HEALTH AND MENTAL HYGIENE V. ARCO MANAGEMENT - {530 BAINBRIDGE STREET} INDEX #25992/03W | **COURT:** Case Adjourned to April 20, 2004. {Senior Associate's Time} | 3.75 | |
| | | | **Senior Associate's Time at $200.00 Per Hour** | **3.75** | **750** |
| | | | | | ===== |
| | | | **AMOUNT DUE:** | **$** | **750** |

**THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.**

Current Date: June 01, 2004

**USB UNION STATE BANK**
Do business with us, do better with us.

Account Number: 20005513
Capture Date: May 25, 2004
Item Number: 250001671951
Posted Date: May 25, 2004
Posted Item Number: 4200817635
Amount: $770.00
Record Type: Debit

ARCO MANAGEMENT CORP
HOLD/SUFFERN
ARCO
-0000

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND

**ARCO MANAGEMENT CORPORATION** CHECK NO. 56557
FED TAX ID # 13-2805069 2 EXECUTIVE BLVD SUIITE 301 SUFFERN NY 10901

UNION STATE BANK
59 ROUTE 59
SUFFERN NY 10901

DATE: 05/19/2004

*SEVEN HUNDRED SEVENTY *************************************** Dollars 0/00 CTS

$**********770.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF: AMSTERDAM & LEWINTER
9 EAST 40TH ST
NEW YORK, NY 10016

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈056557⑈ ⑆021905977⑆ 020⑈00551⑈3⑈ ⑈0000077000⑈

0212-0400-5 SRT 01
05252004
ENT=0863 TRC=0268 FK=03
0178764843

0045286967 55-400 05/25/2004
3200082817

PAY TO THE ORDER OF
JPMORGAN CHASE BANK
NEW YORK, NY 10007-1831
▶021000021◀
FOR DEPOSIT ONLY
AMSTERDAM & LEWINTER
002013975

**ARCO MANAGEMENT CORPORATION** CHECK NO. 56557

| IV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 050104 | ARCO MANAGEMENT N. | 530 BAINBRIDGE DEP | C-2604 | L360-950 | 6120 | 620.00 |
| 050104 | ARCO MANAGEMENT N. | 245 IRVING ECB VIO | C-2611 | L360-950 | 6120 | 150.00 |
| O: AMSTERDAM & LEWINTER | | | 5/19/04 NO.56557 | | | 770.00 |

**SAVE THIS PART FOR YOUR RECORDS**