JPC.

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 East 40th Street
New York, New York 10016
(212) 725-6100
----
FACSIMILE (212) 725-4799

203K

**CIARNAT02003**

| |
|---|
| **MAY 01, 2004** |
| **INVOICE #AMC-2604** |
| **AMOUNT DUE: $620.00** |

**Arco Management Corporation**
**Attn: Scott O. Langan**
**2 Executive Boulevard - Suite 301**
**Suffern, New York 10901**

FOR PROFESSIONAL SERVICES RENDERED

OK
JSC

**{ARCO MANAGEMENT CORP.}**

**BILLING CODES**

01 - Preparation Rent Demand
02 - P,S&F of Dispossess
03 - Preparation of Warrant
04 - P,S,&F of Notice of Default
05 - P,S,&F of Notice of Entry
*06 - Court Appearance*
07 - P,S,F Of Motion To Restore
08 - Review Correspondence
*09 - Correspondence/Memorandum*
10 - Phone conversation with client
11 - Take Deposition of:
12 - P,S&F of Subpoena
13 - Disb. - Overnight Mail
14 - Preparation for Trial/Court
*15 - Review of File/Documents*
16 - Meeting With Client
17 - Preparation of Holdover
18 - P&S of Preliminary Notices
19 - Prep. of Notice of Term.
20 - P,S,F of Opp. Papers.
21 - Prep. Of Draft.
22 - Preparation of Affidavit
23 - Prep. Consent/To Change/Atty.
24 - Phone Conversation with Opposing Counsel
25 - Preparation Of Non-Mil. Afd.
26 - Disbursement: City Marshal
27 - Eviction Notice Requested
28 - Re-Service of Eviction Notice
29 - Disb. - Xerox/Printing
30 - Disb - Messenger Svc.
31 - Disb. - Travel Exps.
32 - Disb: - Attorney Search
33 - Phone Conv./Conf With:
34 - Misc. - Supplies/Stationery
35 - Misc. - Outstanding Invoice

| DATE | BILLING CODE | REFERENCE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|---|
| 4/19/04 | 15<br>09 | REFERENCE: DEPARTMENT OF HEALTH AND MENTAL HYGIENE V. ARCO MANAGEMENT - {530 BAINBRIDGE STREET} INDEX #25992/03W | Review of File/Stipulation; Correspondence. {Senior Associate's Time} | .1 | |

| DATE | BILLING CODE | REFERENCE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|---|
| 4/20/04 | 06 | REFERENCE: DEPARTMENT OF HEALTH AND MENTAL HYGIENE V. ARCO MANAGEMENT - {530 BAINBRIDGE STREET} INDEX #24001-03W) | **COURT:** Decision Order. {Senior Associate's Time} | 1.5 | |
| 4/20/04 | 06 | REFERENCE: DEPARTMENT OF HEALTH AND MENTAL HYGIENE V. ARCO MANAGEMENT - {530 BAINBRIDGE STREET} INDEX #25992/03W | **COURT:** Decision Order. {Senior Associate's Time} | 1.5 | |
| | | | **Senior Associate's Time at $200.00 Per Hour** | **3.1** | **620** |
| | | | | | ===== |
| | | | **AMOUNT DUE:** | **$** | **620** |

**THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.**

AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 East 40th Street
New York, New York 10016
(212) 725-6100
----
FACSIMILE (212) 725-4799

**Arco Management Corporation**
**Attn: Scott O. Langan**
**2 Executive Boulevard - Suite 301**
**Suffern, New York 10901**

FOR PROFESSIONAL SERVICES RENDERED

203

**CIARNAT02003**

**MAY 01, 2004**

**INVOICE #AMC-2611**

**AMOUNT DUE: $150.00**

**ARCO MANAGEMENT CORP.**
**{ECB VIOLATION - 245 IRVING ST. - 374-313471}**

**BILLING CODES**

01 - Preparation Rent Demand
02 - P,S&F of Dispossess
03 - Preparation of Warrant
04 - P,S,&F of Notice of Default
05 - P,S,&F of Notice of Entry
06 - Court Appearance
07 - P,S,F Of Motion To Restore
08 - Review Correspondence
*09 - Correspondence*
10 - Phone conversation with client
11 - Take Deposition of:
12 - P,S&F of Subpoena
13 - Disb. - Overnight Mail
14 - Preparation for Trial/Court
*15 - Review of File/Documents*
16 - Meeting With Client
17 - Preparation of Holdover
18 - P&S of Preliminary Notices
19 - Prep. of Notice of Term.
20 - P,S,F of Opp. Papers.
21 - Prep. Of Draft.
22 - Preparation of Affidavit
23 - Prep. Consent/To Change/Atty.
24 - Phone Conversation with Opposing Counsel
25 - Preparation Of Non-Mil. Afd.
26 - Disbursement: City Marshal
27 - Eviction Notice Requested
28 - Re-Service of Eviction Notice
29 - Disb. - Xerox/Printing
30 - Disb. Filing Fee
31 -Disb- Process Server Fee
32 -Preparation/Service of:
33 - Phone Conv./Conf With:
34 - Legal Research
35 - Preparation of Update

| DATE | BILLING CODE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|
| | | REFERENCE :ECB VIOLATIONS DOCKET #0226244 | | |
| | 15 | Review of File; | | |
| 4/19/04 | 09 | Correspondence to Client. {Senior Associate's Time} | .25 | |

NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE • ADMINISTRATIVE TRIBUNAL, 66 JOHN STREET, 11th FLOOR, NEW YORK, NY 10038 (212) 361-1000

Permit No.: NPM | Complaint No.: T03-0536 | Inspection Date: 10/15/03 | Time: 3:15 ☒PM | Inspection Sequence: ☒1 ☐2 ☐3 ☐4 (Reinspection)

Hearing Date: Dec / 22 / 2003, 10:00 PM

# HEARING DECISION
(CHECK ONE)

☐ APPEARANCE ☒ DEFAULT ☐ BY MAIL

DEFAULT VACATED ☐ CONT'D ☐ HEARING EXAMINER DATE: / /

CAMIS NUMBER: 40994671

PRIOR DOCKET NO.:

Telephone: ( )

Persons Appearing/Title:

## NOTICE OF VIOLATION DOCKET # 27363 03N

| Condition | Code Section | Description | Findings/Comments | Default | Penalty |
|---|---|---|---|---|---|
| 9C | 3.11 | 3.09 Respondant held responsible under Health Code Section 131.01 for 245 Irving Avenue Bklyn, N.Y. 11237 | | $ 1000 | $ |
| — | — | allows the existence of a health nuisance in that approximately 20 sqft of black-grey mold | | $ / | $ |
| — | — | growth was noted on bathroom ceiling and window frame within apt 3R A Department Directive | | $ / | $ |
| — | — | to abate mold nuisance was issued on 7/22/03 | | $ / | $ |
| | | | | $ / | $ |
| | | | | $ / | $ |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE EMPLOYEES MUST SHOW IDENTIFICATION. FALSIFICATION OF ANY STATEMENT MADE HEREIN IS AN OFFENSE PUNISHABLE BY A FINE OF NOT MORE THAN $500 OR NOT MORE THAN 60 DAYS IMPRISONMENT OR BOTH, NYC ADMIN. CODE – SECTION 10-154.

TOTAL PENALTY MUST BE PAID WITHIN 30 DAYS OF RECEIPT OF DECISION TO AVOID A LATE PENALTY.

TOTAL PENALTY: $ 1000 | $

HEARING EXAMINER — DECISION DATE: 3/25/04 SIGNATURE: [signature] PRINT: JOHN CHANG 35

RECEIVED BY: X 3272 0615 | D.O.H.M.H. REP. SIGNATURE: [signature] | NAME (TYPED OR PRINTED): Y. Brooks

BUREAU: B | I.D.#: 700 | SUPERVISOR'S SIGNATURE: PS | 55752

IN THE MATTER OF FINDING OF VIOLATION AGAINST

Respondent: Arco Management Corp | d/b/a: 245 Irving Ave

Address No. and Street: 2 Executive Blvd Suite 301

Borough: Suffern | State: N.Y | Zip: 10901 | COT'D

Page 1 of 1 Pages

AT-1 v. 7/0

HEARING DECISION · RESPONDENT COPY

Jam

ARCO
MANAGEMENT CORP.

November 10, 2003

COPY

Mr. Cardell Johnson
U. S. Department of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
Philadelphia, PA 19107

Ms. Maureen Musilli
U. S. Department of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
Philadelphia, PA 19107

URGENT

Mr. Richard A. Marchese, Esq.
U. S. Department of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
Philadelphia, PA 19107

RE: Environmental Control Board Violations and Fines

Dear Maureen, Cardell and Richard:

Enclosed please find Environmental Control Board correspondence in reference to the following locations:

- 146 Greene Avenue
- 255 Wyckoff Avenue

It is very important that this is taken care of immediately. These are fines and if someone does not appear in court or an attorney does not return correspondence, the fines will be generated against Arco and then the U. S. Department of Housing and Urban Development.

Thank you.

Very truly yours,

ARCO MANAGEMENT CORP.

Jeffrey P. Goldstein
President

2 Executive Blvd., Suite 301 ▲ Suffern, New York 10901 ▲ Telephone: 845.368.2400 ▲ Fax: 845.368.2499 ▲ 800.727.2690

ENVIRONMENTAL CONTROL BOARD
CITY OF NEW YORK

NYC FIRE DEPARTMENT
9 METROTECH CENTER
ENFORCEMENT - ROOM 3S-73K
BROOKLYN, N.Y. 11201-3857

**NOTICE OF VIOLATION AND HEARING**

VIOLATION NUMBER: 108-739-30J
INSTALLATION NUMBER: 068270900
HEARING LOCATION: 233 SCHERMERHORN STREET
BROOKLYN NY 11201
FLOOR 11

MAILING DATE: 09/03/03
HEARING DATE: 09/30/03
TIME: 10:30 A.M.

CURE DATE: MUST APPEAR
(SEE REVERSE SIDE)

NOV 108-739-30J X

SEID
2 EXECUTIVE BLVD
SUFFERN NY 10901-4164

FIRE COMMISSIONER OF THE CITY OF NEW YORK (PETITIONER) V ARLC MGMT CORP (RESPONDENT)

VIOLATION LOCATION: 255 WYCKOFF AVENUE BOROUGH: BROOKLYN
OBSERVATION MADE BY: TAX REGISTRY NUMBER: 595844
VIOLATION DATE: 08/12/03 AT OR ABOUT 10:30 A.M.

PLEASE TAKE NOTICE THAT THE PREMISES CITED ABOVE IS IN VIOLATION OF THE REQUIREMENTS OF LAW. IT IS ORDERED BY THE FIRE COMMISSIONER THAT THESE VIOLATIONS BE CORRECTED AND CERTIFIED TO BE IN COMPLIANCE WITH THE REQUIREMENTS OF LAW WITHIN 35 DAYS OF THE VIOLATION DATE. CERTIFICATION MUST BE MADE ON THE CERTIFICATE OF CORRECTION, A COPY OF WHICH IS ENCLOSED.
THE CERTIFICATE OF CORRECTION AND ALL PROOF OF COMPLIANCE MUST BE RECEIVED BY THE BUREAU OF FIRE PREVENTION, ENFORCEMENT UNIT, 9 METROTECH CENTER, BROOKLYN, NEW YORK 11201-3857, (718) 999-2392, BY NO LATER THAN 35 DAYS FROM THE VIOLATION DATE ABOVE. FIRST OFFENDERS WHO PROPERLY CERTIFY CORRECTION SHALL AVOID A HEARING AND PENALTY. ALL OTHER RESPONDENTS MUST APPEAR AT THE ENVIRONMENTAL CONTROL BOARD, AT THE LOCATION, DATE AND TIME INDICATED ABOVE. THE HEARING IS YOUR OPPORTUNITY TO ANSWER THE VIOLATIONS LISTED IN THIS NOTICE. REPEAT OFFENDERS MUST APPEAR AT THE HEARING ON THE SCHEDULED DATE.

VIOLATION(S) OF THE ADMINISTRATIVE CODE OR RULES AND REGULATIONS

| 3 RCNY 16-03: | DESCRIPTION: | MAXIMUM PENALTY: |
|---|---|---|
| RULE 1 | - FAILED TO PROVIDE BUCKETS / EXTINGUISHERS R/O #10815989Z | $1000.00 |
| RULE 11 | - FAILED TO PROVIDE GENERAL MAINTENANCE R/O #10815989Z | $1000.00 |
| RULE 25 | - FAIL TO PROVIDE/MAINTAIN ELECTRIC EQUIP. R/O #10815989Z | $1000.00 |
| RULE 26 | - FAILED TO PROVIDE REFRIG/HEATING DEVICES R/O #10815989Z | $1000.00 |

NOTES:

G22F-NOV
REV. PAGE 1
EXTERNAL AGCY OWNER

YOU MUST READ THE REVERSE SIDE OF THIS NOTICE FOR INSTRUCTIONS

ENVIRONMENTAL CONTROL BOARD
CITY OF NEW YORK

NYC FIRE DEPARTMENT
9 METROTECH CENTER
ENFORCEMENT - ROOM 3S-73K
BROOKLYN, N.Y. 11201-3857

# NOTICE OF VIOLATION AND HEARING

VIOLATION NUMBER: 108-739-36K
INSTALLATION NUMBER: 068270900
HEARING LOCATION: 233 SCHERMERHORN STREET
BROOKLYN NY 11201
FLOOR 11

MAILING DATE: 09/03/03
HEARING DATE: 09/30/03
TIME: 10:30 A.M.

CURE DATE: 09/16/03
(SEE REVERSE SIDE)

NOV 108-739-36K X

SEID
2 EXECUTIVE BLVD
SUFFERN NY 10901-4164

FIRE COMMISSIONER OF THE CITY OF NEW YORK (PETITIONER) V ARCO MGMT CORP (RESPONDENT)

VIOLATION LOCATION: 255 WYCKOFF AVENUE BOROUGH: BROOKLYN
OBSERVATION MADE BY: TAX REGISTRY NUMBER: 595844
VIOLATION DATE: 08/12/03 AT OR ABOUT 10:30 A.M.

PLEASE TAKE NOTICE THAT THE PREMISES CITED ABOVE IS IN VIOLATION OF THE REQUIREMENTS OF LAW. IT IS ORDERED BY THE FIRE COMMISSIONER THAT THESE VIOLATIONS BE CORRECTED AND CERTIFIED TO BE IN COMPLIANCE WITH THE REQUIREMENTS OF LAW WITHIN 35 DAYS OF THE VIOLATION DATE. CERTIFICATION MUST BE MADE ON THE CERTIFICATE OF CORRECTION, A COPY OF WHICH IS ENCLOSED.
THE CERTIFICATE OF CORRECTION AND ALL PROOF OF COMPLIANCE MUST BE RECEIVED BY THE BUREAU OF FIRE PREVENTION, ENFORCEMENT UNIT, 9 METROTECH CENTER, BROOKLYN, NEW YORK 11201-3857, (718) 999-2392, BY NO LATER THAN 35 DAYS FROM THE VIOLATION DATE ABOVE. FIRST OFFENDERS WHO PROPERLY CERTIFY CORRECTION SHALL AVOID A HEARING AND PENALTY. ALL OTHER RESPONDENTS MUST APPEAR AT THE ENVIRONMENTAL CONTROL BOARD, AT THE LOCATION, DATE AND TIME INDICATED ABOVE. THE HEARING IS YOUR OPPORTUNITY TO ANSWER THE VIOLATIONS LISTED IN THIS NOTICE. REPEAT OFFENDERS MUST APPEAR AT THE HEARING ON THE SCHEDULED DATE.

VIOLATION(S) OF THE ADMINISTRATIVE CODE OR RULES AND REGULATIONS

| 3 RCNY 16-03: | DESCRIPTION: | MAXIMUM PENALTY: |
|---|---|---|
| RULE 15 | - FAILED TO PROVIDE FIREPROOF PARTITIONS CEILING BOILER ROOM SEAL HOLE | $1000.00 |
| RULE 26 | - FAILED TO PROVIDE REFRIG/HEATING DEVICES SHUT-OFF VALVE | $1000.00 |

NOTES:

G22F-NOV
REV. PAGE 1
EXTERNAL AGCY OWNER

YOU MUST READ THE REVERSE SIDE OF THIS NOTICE FOR INSTRUCTIONS

ENVIRONMENTAL CONTROL BOARD
CITY OF NEW YORK

NYC FIRE DEPARTMENT
9 METROTECH CENTER
ENFORCEMENT - ROOM 3S-73K
BROOKLYN, N.Y. 11201-3857

# NOTICE OF VIOLATION AND HEARING

VIOLATION NUMBER: 108-739-31L
INSTALLATION NUMBER: 068270900
HEARING LOCATION: 233 SCHERMERHORN STREET
BROOKLYN NY 11201
FLOOR 11

MAILING DATE: 09/03/03
HEARING DATE: 09/30/03
TIME: 10:30 A.M.

CURE DATE: MUST APPEAR
(SEE REVERSE SIDE)

NOV 108-739-31L X

SEID
2 EXECUTIVE BLVD
SUFFERN NY 10901-4164

FIRE COMMISSIONER OF THE CITY OF NEW YORK (PETITIONER) V ARCO MGMT CORP (RESPONDENT)

VIOLATION LOCATION: 255 WYCKOFF AVENUE
BOROUGH: BROOKLYN
OBSERVATION MADE BY: TAX REGISTRY NUMBER: 595844
VIOLATION DATE: 08/12/03 AT OR ABOUT 10:30 A.M.

PLEASE TAKE NOTICE THAT THE PREMISES CITED ABOVE IS IN VIOLATION OF THE REQUIREMENTS OF LAW. IT IS ORDERED BY THE FIRE COMMISSIONER THAT THESE VIOLATIONS BE CORRECTED AND CERTIFIED TO BE IN COMPLIANCE WITH THE REQUIREMENTS OF LAW WITHIN 35 DAYS OF THE VIOLATION DATE. CERTIFICATION MUST BE MADE ON THE CERTIFICATE OF CORRECTION, A COPY OF WHICH IS ENCLOSED.
THE CERTIFICATE OF CORRECTION AND ALL PROOF OF COMPLIANCE MUST BE RECEIVED BY THE BUREAU OF FIRE PREVENTION, ENFORCEMENT UNIT, 9 METROTECH CENTER, BROOKLYN, NEW YORK 11201-3857, (718) 999-2392, BY NO LATER THAN 35 DAYS FROM THE VIOLATION DATE ABOVE. FIRST OFFENDERS WHO PROPERLY CERTIFY CORRECTION SHALL AVOID A HEARING AND PENALTY. ALL OTHER RESPONDENTS MUST APPEAR AT THE ENVIRONMENTAL CONTROL BOARD, AT THE LOCATION, DATE AND TIME INDICATED ABOVE. THE HEARING IS YOUR OPPORTUNITY TO ANSWER THE VIOLATIONS LISTED IN THIS NOTICE. REPEAT OFFENDERS MUST APPEAR AT THE HEARING ON THE SCHEDULED DATE.

VIOLATION(S) OF THE ADMINISTRATIVE CODE OR RULES AND REGULATIONS

| 3 RCNY 16-03: | DESCRIPTION: | MAXIMUM PENALTY: |
|---|---|---|
| RULE 14 | - FAILED TO PROVIDE FIREPROOF DOOR/WINDOW<br>R/O #10815991H | $1000.00 |

NOTES:

G22F-NOV
REV. PAGE 1
EXTERNAL AGCY OWNER

YOU MUST READ THE REVERSE SIDE OF THIS NOTICE FOR INSTRUCTIONS