AMSTERDAM & LEWINTER, LLP
ATTORNEYS AT LAW
9 East 40th Street
New York, New York 10016
(212) 725-6100
----
FACSIMILE (212) 725-4799

**Arco Management Corporation**
**Attn: Scott O. Langan**
**2 Executive Boulevard - Suite 301**
**Suffern, New York 10901**

**CIARNAT02003**

**APRIL 01, 2006**

**INVOICE #AMC-2588**

**AMOUNT DUE: $800.00**

**FOR PROFESSIONAL SERVICES RENDERED**

## ARCO MANAGEMENT CORP. - {ECB VIOLATION - 255 WYCKOFF AVENUE}

**BILLING CODES**

01 - Preparation Rent Demand
02 - P,S&F of Dispossess
03 - Preparation of Warrant
04 - P,S,&F of Notice of Default
05 - P,S,&F of Notice of Entry
***06 - Court Appearance***
07 - P,S,F Of Motion To Restore
08 - Review Correspondence
***09 - Correspondence***
10 - Phone conversation with client
11 - Take Deposition of:
12 - P,S&F of Subpoena
13 - Disb. - Overnight Mail
14 - Preparation for Trial/Court
15 - Review of File/Documents
16 - Meeting With Client
17 - Preparation of Holdover
18 - P&S of Preliminary Notices
19 - Prep. of Notice of Term.
20 - P,S,F of Opp. Papers.
21 - Prep. Of Draft.
22 - Preparation of Affidavit
23 - Prep. Consent/To Change/Atty.
24 - Phone Conversation with Opposing Counsel
25 - Preparation Of Non-Mil. Afd.
26 - Disbursement: City Marshal
27 - Eviction Notice Requested
28 - Re-Service of Eviction Notice
29 - Disb. - Xerox/Printing
30 - Disb. Filing Fee
31 -Disb- Process Server Fee
32 -Preparation/Service of:
33 - Phone Conv./Conf With:
34 - Legal Research
35 - Preparation of Update

| DATE | BILLING CODE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|
| 3/15/04 | 09 | ECB VIOLATIONS INDEX #108-739-31L<br>ECB VIOLATIONS INDEX #108-739-30J<br>ECB VIOLATIONS INDEX #108-739-36K<br>Correspondence to HUD.<br>{Senior Associate's Time} | .25 | |

| DATE | BILLING CODE | ACTIVITY DESCRIPTION & CASE STATUS | HOURS | FEE |
|---|---|---|---|---|
| 3/30/04 | 06 | ECB VIOLATIONS INDEX #108-739-31L<br>ECB VIOLATIONS INDEX #108-739-30J<br>ECB VIOLATIONS INDEX #108-739-36K<br>Court Appearance - Decision Reserved.<br>{Senior Associate's Time} | 3.75 | |
| | | **Senior Associate's Time at $200.00 Per Hour** | **4** | **800** |
| | | **AMOUNT DUE:** | | **$ 800** |

**THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.**