ECF

ORIGINAL

FILED
DEC 17 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARCO MANAGEMENT CORP.
4 Executive Blvd.
Suite 100
Suffern, New York 10901,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1782C

## DISCLOSURE STATEMENT

Plaintiff Arco Management Corp., by counsel, hereby discloses pursuant to Rule 7.1 of the Rules of this Court that it is a nongovernmental corporation that has no parent corporation and that it is not owned by any publicly held corporation in whole or in part.

Date: December 15th, 2004

Respectfully submitted,

Ronald S. Perlman

Ronald S. Perlman
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Susan Warshaw Ebner, Esq.
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

Kenneth S. Nankin, Esq.
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)