ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLA[illegible]

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1782C |
| UNITED STATES, | ) | (Judge Firestone) |
| Defendant. | ) | |

FILED
JAN 26 2005
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 62 days, to and including April 18, 2005, within which to file our response to the complaint. Our answer is due on February 15, 2005. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Arco Management Corp. ("Arco") has authorized us to state that Arco does not oppose this motion.

On January 12, 2005, counsel for the United States suffered a serious eye injury. Recovery is expected to be gradual, and the regular application of ointment to the eyes will impede counsel's work efforts to some extent for many weeks.

Counsel was in trial in Short Brothers PLC v. United States, No. 98-894C (Fed. Cl.) at the time of the injury. The trial has been rescheduled to accommodate counsel's injury. Trial will recommence on February 7, 2005, and it is expected

to consume most of the month of February. Counsel will be unable to turn his attention to this case until sometime after trial.

On March 16, 2005, counsel is due to file a response to the complaint (likely, a summary judgment motion) in Information Systems and Networks Corporation v. United States, No. 04-632C (Fed. Cl.). On March 17, 2005, counsel is due to file a formal brief in Commonwealth of Kentucky v. United States, 05-5010 (Fed. Cir.). Both briefs have already received substantial enlargements of time.

In late March, counsel is due to take annual leave. The annual leave cannot readily be rescheduled because counsel's wife must take leave at designated times, and financial commitments to tickets have already been made.

The full enlargement of time is needed to permit counsel to perform the necessary research, and to draft a response to the complaint. In addition, time is needed for review of the draft response by the agency and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully

request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

January 19, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of January 2005, I caused to be placed in the United States mail (first - class mail, postage paid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

Ronald S. Perlman, Esq.
Buchanan Ingersoll, P.C.
1776 K Street, N.W., Suite 800
Washington, DC 20006-2365

Leslie Graham

Docket No. 04-1782 C

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Firestone
FROM: CLERK'S OFFICE

The attached was received on 1/19/05 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case.
8. ____ ______________________

[signature]
Deputy Clerk