ORIGINAL ECF

# In the United States Court of Federal Claims

No. 04-1782C
(Filed: January 26, 2005)

FILED
JAN 26 2005
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

ARCO MANAGEMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

## ORDER

The above-captioned case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system, requiring that all filings be done electronically. The court is in receipt of defendant's notice of appearance and defendant's unopposed motion for an enlargement of time to respond to plaintiff's complaint. Both filings are deficient because neither was filed electronically. The Clerk of the Court is directed to file by my leave defendant's notice of appearance and its unopposed motion for an enlargement of time.

Further, defendant's unopposed motion for an enlargement of time to respond to plaintiff's complaint is **GRANTED**. Defendant shall file its response by **April 18, 2005**. Future filings shall comply with General Order NO. 42A, which is available at the court's public website (www.uscfc.uscourts.gov).

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink