IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on June 2, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT**
**<u>OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT</u>**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of forty-five (45) days, to and including July 21, 2005, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due on June 6, 2005. This is Arco's first request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant concurs with this request for an extension of time to file the JPSR.

During the past few weeks, the parties have begun to discuss the possibility of narrowing the issues in this case. Toward that end, Arco has voluntarily produced to Defendant over 1,200 pages of invoices and other documents that Defendant informally requested, and Arco plans to produce additional documents to Defendant which are being gathered now. Counsel for Defendant has informed the undersigned that Defendant has not yet completed its evaluation of the documents Arco has produced.

The parties believe that judicial economy would be served by enlarging the time for filing the JPSR so they can devote their attention in this case to producing and reviewing documents

and discussing ways to narrow the issues. If the requested enlargement is granted, the parties will describe the results of the foregoing efforts in the JPSR.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of forty-five (45) days, to and including July 21, 2005, within which the parties may file their JPSR.

Date: June 2, 2005

Respectfully submitted,

s/ Ronald S. Perlman

Ronald S. Perlman
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Kenneth S. Nankin, Esq.
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2005, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Ronald S. Perlman