IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on June 7, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**<u>LEAVE TO CHANGE ATTORNEY OF RECORD</u>**

Plaintiff Arco Management Corp. ("Arco") moves the Court for leave to change its attorney of record in this case from Ronald S. Perlman, Esq., to Kenneth S. Nankin, Esq., a member of the Bar of this Court. Mr. Perlman will be of counsel to Arco in this case after the change. Pursuant to RCFC 83.1(c)(4), Mr. Perlman's consent to this motion is below, and Mr. Nankin's affidavit of appointment is attached to this motion. Defendant, the United States, has authorized Arco to represent that Defendant does not oppose this motion.

Wherefore, Arco requests that the Court grant it leave to change its attorney of record in this case from Ronald S. Perlman, Esq., to Kenneth S. Nankin, Esq.

Date: June 7, 2005

Respectfully submitted,

s/ Kenneth S. Nankin

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
New Attorney of Record for Plaintiff
Arco Management Corp.

I consent to Plaintiff's Unopposed Motion
for Leave to Change Attorney of Record:

s/ Ronald S. Perlman

Ronald S. Perlman
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)
Previous Attorney of Record for Plaintiff
Arco Management Corp.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on June 7, 2005 |

**AFFIDAVIT OF APPOINTMENT OF KENNETH S. NANKIN**

Washington )
District of Columbia ) to wit:

I, Kenneth S. Nankin, say as follows:

1. The following facts are personally known by me to be true and correct and, if called as a witness, I could and would testify competently thereto under oath. My business address is 888 Seventeenth Street, NW, Suite 700, Washington, DC 20006.

2. The Plaintiff, Arco Management Corp., has appointed me its attorney of record in this case. I am submitting this affidavit in support of Plaintiff's Unopposed Motion for Leave to Change Attorney of Record.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2005.

s/ Kenneth S. Nankin

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2005, I served James W. Poirier, Esq., Defendant's counsel, and Ronald S. Perlman, Esq., with the following documents by filing them electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO CHANGE ATTORNEY OF RECORD and AFFIDAVIT OF APPOINTMENT OF KENNETH S. NANKIN.

s/ Kenneth S. Nankin