IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on July 18, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of forty (40) days, to and including August 30, 2005, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due on July 21, 2005. This is Arco's second request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant consents to this request for an extension of time to file the JPSR.

As indicated in Arco's first request for an enlargement of time to file the JPSR, the parties have been discussing the possibility of narrowing the issues in this case. Toward that end, Arco has voluntarily produced to Defendant over 1,200 pages of invoices and other documents that Defendant informally requested. Defendant has requested that Arco obtain additional documents from Arco's nine subcontractors. Arco has obtained additional documents from two of the subcontractors, two have indicated that they do not have any additional documents, and Arco is now checking to determine whether the remaining subcontractors will be sending documents.

The parties believe that judicial economy would be served by enlarging the time for filing the JPSR so they can devote their attention in this case to producing and reviewing documents and discussing ways to narrow the issues. If the requested enlargement is granted, the parties will describe the results of the foregoing efforts in the JPSR.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of forty (40) days, to and including August 30, 2005, within which the parties may file their JPSR.

Date: July 18, 2005

Respectfully submitted,

s/ Kenneth S. Nankin

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Ronald S. Perlman, Esq.
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2005, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Kenneth S. Nankin