# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: July 20, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **ARCO MANAGEMENT CORP.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER ON MOTION**

The plaintiff's unopposed motion, filed July 18, 2005, for a 40-day enlargement of time, for the parties to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **Tuesday, August 30, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink