IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on August 30, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of thirty (30) days, to and including September 29, 2005, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due today, August 30, 2005. This is Arco's third request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant consents to this request for an extension of time to file the JPSR.

Earlier today, the supervisor of Defendant's attorney of record informed the undersigned that Defendant's attorney of record has been out of the office for a week with an illness and that no other attorney in the office is able to represent Defendant at this time in connection with the JPSR. The supervisor recommended that Arco seek an enlargement of time to file the JPSR.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of

thirty (30) days, to and including September 29, 2005, within which the parties may file their JPSR.

Date: August 30, 2005

Respectfully submitted,

s/ Kenneth S. Nankin

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Ronald S. Perlman, Esq.
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2005, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Kenneth S. Nankin