# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: September 1, 2005)**

* * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The plaintiff's unopposed motion, filed August 30, 2005, for a 30-day enlargement of time, for the parties to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **Thursday, September 29, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink