IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on September 23, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of ninety (90) days, to and including December 28, 2005, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due September 29, 2005. This is Arco's fourth request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant consents to this request for an extension of time to file the JPSR.

As indicated in Arco's prior requests for enlargements of time to file the JPSR, the parties have been discussing the possibility of narrowing the issues in this case. Those discussions are continuing. Because Arco's claim is based on several hundred invoices and thousands of pages of supporting documents, the parties' efforts have been, and are likely to continue to be, time-consuming.

The parties believe that judicial economy would be served by enlarging the time for filing the JPSR so they can devote their attention in this case to reviewing invoices and discussing

ways to narrow the issues. If the requested enlargement is granted, the parties will describe the results of the foregoing efforts in the JPSR.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of ninety (90) days, to and including December 28, 2005, within which the parties may file their JPSR.

Date: September 23, 2005

Respectfully submitted,

s/ Kenneth S. Nankin
Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Ronald S. Perlman, Esq.
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2005, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Kenneth S. Nankin