IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1782C |
| | ) | |
| UNITED STATES, | ) | (Judge Firestone) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 60 days, to and including February 27, 2006, within which to file the joint preliminary status report ("JPSR"). The JPSR is due to be filed on December 28, 2005. This is our first request for an enlargement of time for this purpose, but plaintiff has previously filed three motions upon the grounds that settlement discussions are continuing. Counsel for plaintiff, Arco Management Corp. ("Arco") has authorized us to state that Arco does not oppose this motion.

On December 22, 2005, Arco submitted to the United States invoices and other information to support Arco's claim for payment for certain services. Pursuant to an agreement with the United States, the information submitted by Arco will form the basis for detailed settlement discussions.

Since the Arco package has only just arrived, the United States has not yet had an opportunity to review it. The United States seeks an enlargement of time of 60 days in order to have

an opportunity to review the Arco package and to enter into detailed settlement discussions with Arco.

Our motion is supported by the interests of justice and judicial economy. If settlement efforts are successful, then the parties will never need to devote time and resources to the drafting of a JPSR.

The full enlargement of time requested is needed. The Arco package is voluminous, and substantial time will be needed to review it. Furthermore, additional time will be needed to schedule and hold a settlement conference. Finally, in the event that a settlement is not reached, time will be needed to prepare a draft JPSR and for review of the draft JPSR by agency counsel and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S James M. Kinsella
JAMES M. KINSELLA
Deputy Director

OF COUNSEL

RICHARD A. MARCHESE
Attorney
Department of Housing
and Urban Development

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

December 22, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 22, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier