# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: January 4, 2006)**

* * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed December 22, 2005, for a 60-day enlargement of time, for the parties to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **Monday, February 27, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink