# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: February 21, 2006)**

* * * * * * * * * * * * * * * * *
**ARCO MANAGEMENT CORP.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Defendant's unopposed motion, filed February 16, 2006, for a 60-day enlargement of time, for the parties to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **Friday, April 28, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink