IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on April 23, 2006 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of sixty (60) days, to and including June 27, 2006, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due April 28, 2006. This is Arco's sixth request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant consents to this request for an extension of time to file the JPSR.

As indicated in the parties' prior requests for enlargements of time to file the JPSR, the parties have been discussing the possibility of narrowing the issues in this case. Those discussions are continuing, and the parties are also engaging in preliminary discussions regarding the possible settlement of the case. Because Arco's claim is based on several hundred invoices and thousands of pages of supporting documents, the parties' efforts have been, and are likely to continue to be, time-consuming.

The parties believe that judicial economy would be served by enlarging the time for filing the JPSR so they can devote their attention in this case to reviewing invoices and discussing ways to narrow the issues and, if possible, settle the case.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of sixty (60) days, to and including June 27, 2006, within which the parties may file their JPSR.

Date: April 23, 2006

Respectfully submitted,

s/ Kenneth S. Nankin

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Ronald S. Perlman, Esq.
Buchanan Ingersoll P.C.
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2006, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Kenneth S. Nankin