IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1782C<br>(Judge Firestone)<br><br>Electronically Filed on June 27, 2006 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Arco Management Corp. ("Arco") respectfully moves the Court for an enlargement of time of ten (10) days, to and including July 7, 2006, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due June 27, 2006. This is Arco's seventh request for an enlargement of time for this purpose. Defendant, the United States, has authorized Arco to represent that Defendant consents to this request for an extension of time to file the JPSR.

Yesterday, counsel for Arco sent counsel for Defendant a draft of the JPSR by email but, due to storm-related problems, counsel for Defendant did not have Internet access. Counsel for Defendant is out of the office today due to a medical emergency involving a member of his immediate family. Thus, the parties cannot file the JPSR by today's deadline.

Accordingly, Arco respectfully requests that the Court grant an enlargement of time of

ten (10) days, to and including July 7, 2006, within which the parties may file the JPSR.

Date: June 27, 2006

Respectfully submitted,

s/ Kenneth S. Nankin
Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 (fax)
Counsel for Plaintiff Arco Management Corp.

Of Counsel:
Ronald S. Perlman, Esq.
Buchanan Ingersoll P.C.
1700 K Street, NW
Suite 300
Washington, DC 20006
(202) 452-7900
(202) 452-7989 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2006, I served James W. Poirier, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT.

s/ Kenneth S. Nankin