# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: July 6, 2006)**

* * * * * * * * * * * * * * * * *

**ARCO MANAGEMENT CORP.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Plaintiff's unopposed motion, filed June 27, 2006, for a 10-day enlargement of time, for the parties to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **Friday, July 7, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge