# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: July 18, 2006)**

* * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The court hereby **SCHEDULES** a joint preliminary status conference for **Tuesday, August 22, 2006 at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 463-4911; counsel for defendant at (202) 307-6289. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge