# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: August 24, 2006)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **ARCO MANAGEMENT CORP.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

## O R D E R

The joint preliminary status conference originally scheduled for Tuesday, August 22, 2006 at 10:30 a.m. eastern time is hereby **RESCHEDULED** for **Tuesday, August 29, 2006 at 10:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 463-4911; counsel for defendant at (202) 307-6289. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge