# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: August 30, 2006)**

* * * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

Based on the joint preliminary status conference held on August 29, 2006, the court **ORDERS** as follows:

(1) The parties shall file joint status reports on **November 30, 2006** and **February 28, 2007** setting forth their progress in completing fact discovery and the status of any settlement discussions. The court shall schedule a status conference following the submission of the status report in February 2007 to discuss settlement and to set a trial schedule.

(2) Fact discovery shall be completed by **May 15, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge