IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., Plaintiff, | ) | |
| v. | ) | No. 04-1782C |
| UNITED STATES, Defendant. | ) | (Judge Firestone) |

JOINT STATUS REPORT

Pursuant to the order of the Court, dated August 30, 2006, plaintiff, Arco Management Corp. ("Arco"), and the defendant, the United States, respectfully submit this Joint Status Report.

Settlement is unlikely.

Discovery has begun.

The United States has served its first set of document requests to Arco. Arco’s response is not due until late December, and the United States will permit Arco some additional time to respond, if necessary.

The United States expects to serve approximately a dozen subpoenas upon Arco subcontractors in the near future.

Depositions by the United States will begin after Arco responds to the document request. The United States anticipates that depositions will begin in January or February.

It is not yet clear whether the parties will offer expert testimony at trial.

Respectfully submitted,

S/ Kenneth S. Nankin
KENNETH S. NANKIN
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tele: (202) 463-4911
Fax: (202) 463-6177

Attorney for Plaintiff

November 27, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 27, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier