# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: May 23, 2007)**

* * * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

Fact discovery closed on May 15, 2007. The court hereby **SCHEDULES** a status conference for **Wednesday, June 13, 2007 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 463-4911; counsel for defendant at (202) 616-0856. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge