# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: May 30, 2007)**

* * * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

In preparation for the status conference call scheduled for Wednesday, June 13, 2007, the parties shall file a joint status report by **Monday, June 11, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge