# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: June 14, 2007)**

* * * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

Based on the parties' representations during the status conference held on June 13, 2007, that they are negotiating a settlement agreement, the case is hereby **STAYED** until September 7, 2007. If the parties have not filed a Stipulation for Entry of Judgment by that date, the parties shall submit a status report by **Friday, September 7, 2007**, regarding the status of the negotiations and a proposed schedule for proceeding with a trial.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge