IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARCO MANAGEMENT CORP., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-1782C (Judge Firestone) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated June 14, 2007, plaintiff Arco Management Corp. ("Arco") and defendant the United States, submit this Joint Status Report.

On June 13, 2007, Arco submitted a written settlement offer, including a proposed Stipulation for Entry of Judgment, to defendant. Defendant has not yet responded to this offer, but the parties have continued to discuss issues related to a settlement and remain optimistic that the case will be settled.

The parties will file another Joint Status Report on or before October 5, 2007 and will keep the Court apprised of their progress toward a settlement.

Respectfully submitted,

S/ Kenneth S. Nankin

KENNETH S. NANKIN
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tele: (202) 463-4911
Fax: (202) 463-6177

Attorney for Plaintiff

Of Counsel:

RONALD S. PERLMAN, ESQ.
Buchanan Ingersoll & Rooney P.C.
1700 K Street, NW
Suite 300
Washington, DC 20006
Tele: (202) 452-7900
Fax: (202) 452-7989

September 7, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

S/ James W. Poirier

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2007, I served James W. Poirier, Esq., defendant's attorney of record, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: JOINT STATUS REPORT.

S/ Kenneth S. Nankin