# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: September 11, 2007)**

* * * * * * * * * * * * * * * * * *
**ARCO MANAGEMENT CORP.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed September 7, 2007, indicating that the defendant is currently reviewing plaintiff's written settlement offer. The parties remain optimistic that the case will settle and request additional time to continue working towards a settlement. The parties' request for additional time is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Friday, October 5, 2007** apprising the court of their progress towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge