IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1782C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 11, 2007 and the parties' Joint Status Report filed October 5, 2007, plaintiff Arco Management Corp. ("Arco") and defendant the United States, submit this Joint Status Report.

On June 13, 2007, Arco submitted a written settlement offer, including a proposed Stipulation for Entry of Judgment, to defendant. Defendant's attorney of record has made a written recommendation regarding such offer to the designated representative of the Attorney General, who is considering the recommendation. In addition, defendant has requested that Arco provide certain additional information relating to its claim, and Arco anticipates that it will be able to provide defendant with the requested information this week. The parties remain optimistic that the case will be settled.

The parties will file another Joint Status Report on or before December 5, 2007 and will keep the Court apprised of their progress toward a settlement.

Respectfully submitted,

S/ Kenneth S. Nankin
KENNETH S. NANKIN
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tele: (202) 463-4911
Fax: (202) 463-6177

Attorney for Plaintiff

Of Counsel:
RONALD S. PERLMAN, ESQ.
Buchanan Ingersoll & Rooney P.C.
1700 K Street, NW
Suite 300
Washington, DC 20006
Tele: (202) 452-7900
Fax: (202) 452-7989

November 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2007, I served James W. Poirier, Esq., defendant's attorney of record, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: JOINT STATUS REPORT.

S/ Kenneth S. Nankin