IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1782C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 11, 2007 and the parties' Joint Status Report filed December 19, 2007, plaintiff Arco Management Corp. ("Arco") and defendant the United States, submit this Joint Status Report.

On June 13, 2007, Arco submitted a written settlement offer, including a proposed Stipulation for Entry of Judgment, to defendant. Defendant's attorney of record has made a written recommendation regarding such offer to the designated representative of the Attorney General, who is considering the recommendation. In addition, defendant has requested that Arco provide certain additional information relating to its claim. Arco expects to be able to provide such information to defendant during the next two weeks, and the parties will be meeting on March 18, 2008 to discuss such information and other matters related to a possible settlement.

The parties will file another Joint Status Report on or before April 18, 2008 and will keep the Court apprised of all developments.

Respectfully submitted,

S/ Kenneth S. Nankin
KENNETH S. NANKIN
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tele: (202) 463-4911
Fax: (202) 463-6177

Attorney for Plaintiff

Of Counsel:
RONALD S. PERLMAN, ESQ.
Buchanan Ingersoll & Rooney P.C.
1700 K Street, NW
Suite 300
Washington, DC 20006
Tele: (202) 452-7900
Fax: (202) 452-7989

February 19, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2008, I served James W. Poirier, Esq., defendant's attorney of record, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: JOINT STATUS REPORT.

S/ Kenneth S. Nankin