# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: February 22, 2008)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **ARCO MANAGEMENT CORP.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed February 19, 2008, indicating that plaintiff's settlement offer remains under review by the appropriate official at the Department of Justice. In addition, plaintiff expects to provide additional information relating to its claim, which defendant has requested. The parties remain optimistic that the case will settle and request additional time to continue working towards a settlement. The parties' request for additional time is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Friday, April 18, 2008** apprising the court of their progress towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge