# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: April 21, 2008)**

* * * * * * * * * * * * * * * * *
**ARCO MANAGEMENT CORP.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed April 18, 2008, indicating that plaintiff submitted a revised settlement offer which is currently under review by the appropriate official at the Department of Justice. The above-captioned case remains **STAYED**. The parties shall file a joint status report by **Wednesday, June 18, 2008** apprising the court of their progress towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge