IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARCO MANAGEMENT CORP., Plaintiff, | ) | |
| v. | ) | No. 04-1782C |
| UNITED STATES, Defendant. | ) | (Judge Firestone) |

STIPULATION FOR ENTRY OF JUDGMENT

To settle the claims asserted in the complaint and to permit the entry of final judgment on those claims, without constituting an admission of liability on the part of the defendant or the plaintiff, it is stipulated and agreed between the parties:

1. On July 3, 1997, Contract No. C-HOU-00021 ("the Contract") was awarded by the United States Department of Housing and Urban Development ("HUD") to plaintiff, Arco Management Corp. ("Arco"), for the management of certain housing projects in the eastern 21 states, Puerto Rico and the U.S. Virgin Islands. Under Modification 17, also known as Task Order ATL-T0070 ("the Task Order"), the Contract was modified, effective June 13, 2001, to include Arco's management of certain defaulted, occupied New York City properties.

2. On October 23, 2003, the parties executed Modification 004 under which they agreed to terminate the Task Order.

3. By a letter dated June 11, 2004, Arco submitted a request for payment related to the Task Order in the amount of

$415,505.30. By a letter dated July 21, 2004, Arco certified a portion of its request for payment as a claim, in the amount of $413,955.30, plus interest, pursuant to the Contract Disputes Act ("CDA"), 41 U.S.C. §§ 601-613.

4. On September 17, 2004, the Contracting Officer issued a final decision denying Arco's certified claim.

5. On December 15, 2004, Arco filed this case to appeal the denial of its claim.

6. Arco has offered to settle all claims in this case, including all claims alleged in the certified claim and in the complaint, in exchange for the entry of judgment against the United States in the amount of $101,129.65, plus interest pursuant to the CDA, 41 U.S.C. § 611, from July 21, 2004 until the date of payment, with each party to bear its own costs, expenses and attorney fees.

7. Arco's offer has been accepted on behalf of the Attorney General.

8. The United States consents to entry of judgment against the United States in favor of Arco as set forth in paragraph 6.

9. Upon satisfaction of the terms set forth in paragraph 6, Arco releases, waives, and abandons all claims against the United States, its political subdivisions, its officers, agents and employees, (a) alleged in its certified claim or complaint, and

(b) for repair work performed in connection with the Task Order, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages and exemplary damages. Without limiting or expanding such release, Arco and the United States expressly agree that Arco is not releasing: (a) claims against the United States, its political subdivisions, its officers, agents and employees, arising out of or related to paragraph 1.6 of Modification 004 to the Task Order, or (b) claims against any insurance companies.

10. Upon entry of judgment pursuant to this stipulation, the United States releases, waives and abandons all claims against Arco and its officers, agents and employees related to the claims alleged in Arco's certified claim or complaint, and related to claims for repair work performed in connection with the Task Order, except for fraud, regardless of whether they were included in the pleadings, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages and exemplary damages.

11. This stipulation is in no way related to or concerned with income or other taxes for which Arco is now liable or may become liable in the future as a result of this stipulation or as a result of entry of a final judgment.

12. Arco warrants and represents that no other action or suit with respect to the claims advanced in this suit is pending or will be filed in or submitted to any other court, administrative agency, or legislative body. Arco further warrants and represents that it has made no assignment or transfer of all or any part of its rights arising out of or relating to the claims advanced in this suit. Arco further warrants and represents that it will pay all the proceeds of the judgment (entered pursuant to this stipulation) to its subcontractors whose work gave rise to Arco's claim (excluding Drimart Restoration, whose pass-through claims were dismissed pursuant to a stipulation filed on January 19, 2007), and that Arco will not deduct any amount from its payments to subcontractors for fees or expenses incurred in connection with this litigation. Should there be now or in the future any violation of these warranties and representations, any amount paid by the United States pursuant to this stipulation or pursuant to any judgment entered pursuant to this stipulation shall be refunded promptly by Arco, together with interest thereon at the rates provided in 41 U.S.C. § 611, computed from the date the United States makes such payment.

13. This stipulation is for the purposes of settling this case and permitting entry of final judgment, and for no other

purposes. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

14. Plaintiff's counsel represents that he has been and is authorized to enter into this stipulation on behalf of Arco.

15. This document constitutes a complete integration of the stipulation between the parties and supersedes any and all prior oral or written representations, understandings or agreements among or between them.

Respectfully submitted,

S/ Kenneth S. Nankin
KENNETH S. NANKIN
Nankin & Verma PLLC
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tele: (202) 463-4911
Fax: (202) 463-6177

Attorney for Plaintiff

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Authorized Representative
Of The Attorney General

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

May 9, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 9, 2008, a copy of the foregoing "STIPULATION FOR ENTRY OF JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier