# In the United States Court of Federal Claims

**No. 04-1782C**
**(Filed: May 13, 2008)**

* * * * * * * * * * * * * * * * *
*
**ARCO MANAGEMENT CORP.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The Clerk is directed to enter judgment in the above-captioned case pursuant to the Stipulation for Entry of Judgment filed by the parties on May 9, 2008.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge