# In the United States Court of Federal Claims

**No. 04-1782 C**

**ARCO MANAGEMENT CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed May 9, 2008, and the court's May 13, 2008 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $101,129.65, plus interest pursuant to the CDA, 41 U.S.C. § 611, from July 21, 2004 until the date of payment, with each party to bear its own costs, expenses and attorney fees.

John S. Buckley
Acting Clerk of Court

**May 14, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.