United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 15, 2008

Kenneth Scott Nankin, Esq.

Nankin & Verma PLLC

888 Seventeenth Street, NW

Suite 700

Washington, DC 20006

In re: Arco Management Corp. v. The United States, No. 04-1782 C

Dear Mr. Nankin:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 15, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: James William Poirier, Esq., Dept. Of Justice